1  DONALD J. PUTTERMAN (State Bar No. 90822)
   E-Mail: dputterman@sideman.com
2  RYAN J. MECKFESSEL (State Bar No. 215952)
   E-Mail: rmeckfessel@sideman.com
3  MARGARET A. ZIEMIANEK (State Bar No. 233418)
   E-Mail: mziemianek@sideman.com
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
5  San Francisco, California 94111-3629
   Telephone: (415) 392-1960
6  Facsimile: (415) 392-0827

7  TIMOTHY J. HOBAN (State Bar No. 192461)
   E-Mail: thoban@tollbrothersinc.com
8  REGIONAL COUNSEL FOR TOLL BROS., INC.
   725 Town & Country Rd, Suite 500
9  Orange, California 92868
   Telephone: (714) 347-1300
10 Facsimile: (714) 835-9683

11
   Attorneys for Defendants
12 TOLL BROS., INC., a Pennsylvania corporation, and
   TOLL BROTHERS, INC., a Delaware corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

C08-00221

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Pennsylvania corporation; DOES 1 through 15, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DISCLOSURE STATEMENT OF DEFENDANT TOLL BROS., INC.**<br>[Fed. R. Civ. Proc. 7.1] |

Case No.

DISCLOSURE STATEMENT OF DEFENDANT TOLL BROS., INC.

1     In accordance with Rule 7.1 of Federal Rules of Civil Procedure, Defendant TOLL BROS.,
2 INC., a Pennsylvania corporation, represents and certifies that: (a) Toll Holdings, Inc., a Delaware
3 corporation, is the parent corporation of Defendant Toll Bros., Inc., owning 100% of its stock, and
4 (b) there are no publicly-held corporations that own more than 10% or more of Defendant Toll
5 Bros., Inc.'s stock.

8   DATED: January 11, 2008           SIDEMAN & BANCROFT LLP

By: _____
Donald J. Putterman
Attorneys for Defendants
TOLL BROS., INC., a Pennsylvania corporation, and
TOLL BROTHERS, INC., a Delaware corporation

13   0841s\527622v1

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

---

1                                                     Case No.
DISCLOSURE STATEMENT OF DEFENDANT TOLL BROS., INC.