DONALD J. PUTTERMAN (State Bar No. 90822)
E-Mail: dputterman@sideman.com
RYAN J. MECKFESSEL (State Bar No. 215952)
E-Mail: rmeckfessel@sideman.com
MARGARET A. ZIEMIANEK (State Bar No. 233418)
E-Mail: mziemianek@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:   (415) 392-1960
Facsimile:    (415) 392-0827

TIMOTHY J. HOBAN (State Bar No. 192461)
E-Mail: thoban@tollbrothersinc.com
REGIONAL COUNSEL FOR TOLL BROS., INC.
725 Town & Country Rd, Suite 500
Orange, California 92868
Telephone: (714) 347-1300
Facsimile: (714) 835-9683

Attorneys for Defendants
TOLL BROS., INC., a Pennsylvania corporation, and
TOLL BROTHERS, INC., a Delaware corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Pennsylvania corporation; DOES 1 through 15, inclusive,<br><br>Defendants. | CASE NO. C08-00221 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>[Local Rule 3-16] |

Case No.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

The undersigned, counsel of record for Defendant TOLL BROS., INC., a Pennsylvania corporation, certifies that the following listed entities or persons may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Toll Brothers, Inc., a Delaware corporation (parent of Toll Holdings, Inc.);
2. Toll Holdings, Inc., a Delaware corporation (parent of Defendant Toll Bros., Inc.; subsidiary of Toll Brothers, Inc.);
3. Defendant Toll Bros., Inc., a Pennsylvania corporation (subsidiary of Toll Holdings, Inc.); and
4. Plaintiff Stonebrae L.P., a Delaware limited partnership.

DATED: January 11, 2008

SIDEMAN & BANCROFT LLP

By: _____
Donald J. Putterman
Attorneys for Defendants
TOLL BROS., INC., a Pennsylvania corporation, and
TOLL BROTHERS, INC., a Delaware corporation

0841s\527937v1

---

1                                                                                         Case No.
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS