1  Linda Dakin-Grimm (SBN 119630)
   Louis Anthony Pellegrino (*pro hac vice* in process)
2  Patricia J. Quilizapa (SBN 233745, application for
   admission to this Court pending)
3  Aluyah I. Imoisili (SBN 245572, application for
   admission to this Court in process)
4  MILBANK, TWEED, HADLEY & McCLOY LLP
   601 S. Figueroa Street, 30th floor
5  Los Angeles, CA 90017
   Telephone: (213) 892-4000
6  Fax:       (213) 629-5063
7  Ldakin-grimm@milbank.com

8  Attorneys for Defendants PSM HOLDING CORP.,
   a New York Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE C. CHAO, an individual, and in her capacity as Trustee of CHAO LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PSM HOLDING CORP., a corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C08-0100 EMC<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>Complaint filed: December 5, 2007<br>Complaint and Summons served: December 10, 2007 |

LA1:#6370073v1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL

1  I, Beth Aalberts, certify and declare as follows:

2  I am over the age of 18 years and not a party to this action.

3  My business address is 601 S. Figueroa St., 30th Fl., Los Angeles, California 90017

4  which is located in the city, county and state where the mailing described below took place.

5  On January 7, 2008, I deposited in the United States Mail at Los Angeles, California, a

6  copy of the Notice of Adverse Party of Removal to Federal Court dated January 7, 2008, a copy

7  of which is attached to this Certificate, addressed to plaintiff's counsel as follows:

8  Friedman Dumas & Springwater LLP
Cecily A. Dumas, Esq.
9  Robert L. Fleischman, Esq.
Brandon C. Chaves, Esq.
10  150 Spear Street, Suite 1600
11  San Francisco, CA 94105

12  I declare under penalty of perjury that the foregoing is true and correct.

13  Executed on January 7, 2008.

_____
Beth Aalberts

LA1:#6370073v1                                    -2-
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL