DONALD J. PUTTERMAN (State Bar No. 90822)
E-Mail:        *dputterman@sideman.com*
RYAN J. MECKFESSEL (State Bar No. 215952)
E-Mail:        *rmeckfessel@sideman.com*
MARGARET A. ZIEMIANEK (State Bar No. 233418)
E-Mail:        *mziemianek@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:      (415) 392-1960
Facsimile:      (415) 392-0827

TIMOTHY J. HOBAN (State Bar No. 192461)
E-Mail:        *thoban@tollbrothersinc.com*
REGIONAL COUNSEL FOR TOLL BROS., INC.
725 Town & Country Rd, Suite 500
Orange, California 92868
Telephone: (714) 347-1300
Facsimile: (714) 835-9683

Attorneys for Defendants
TOLL BROS., INC., a Pennsylvania corporation, and
TOLL BROTHERS, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Pennsylvania corporation; DOES 1 through 15, inclusive, <br><br> Defendants. | CASE NO. C08-00221-EMC <br><br> **E-FILED** <br><br> **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL BY DEFENDANT** |

*SIDEMAN & BANCROFT LLP*
*LAW OFFICES*
*ONE EMBARCADERO CENTER, 8TH FLOOR*
*SAN FRANCISCO, CALIFORNIA 94111*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL BY DEFENDANT

1   I, Scheryl Warr, declare as follows:

2   I am over the age of 18 years and not a party to this action.

3   I am employed by the firm of Sideman & Bancroft LLP, counsel of record for defendants.

4   My business address is One Embarcadero Center , 8th Floor, San Francisco, California 94111,

5   which is located in the city and county where the mailing described below took place.

6   On January 15, 2008, I deposited in the United States Mail at San Francisco, California, a

7   copy of the Notice to Adverse Party of Removal By Defendant to Federal Court dated January 15,

8   2008, a copy of which is attached to this Certificate, to be delivered to the addresses below:

9   SHEPPARD, MULLIN, RICHTER &           COOPER & KIRKHAM, P.C.
    HAMPTON LLP                            Josef D. Cooper
10  Philip F. Atkins-Pattenson             655 Montgomery Street, Suite 1700
    Arthur J. Friedman                     San Francisco, California 94111
11  Craig A. Pinedo                        Telephone:  (415) 788-3030
                                           Facsimile:   (415) 882-7040
12  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4109
13  Telephone:  (415) 434-9100
    Facsimile:   (415) 434-3947
14

15  I declare under penalty of perjury under the laws of the State of California that the

16  foregoing is true and correct.

17  Executed in San Francisco on this 15th day of January, 2008.

18

19  By: _____

20  Scheryl Warr

21

22

23  10644\528263v1

24

25

26

27

28

Case No. C08-00221-EMC
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL BY DEFENDANT

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111