1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2        Including Professional Corporations
   PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
3  ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
   CRAIG A. PINEDO, Cal. Bar No. 191337
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4109
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6  E-Mail:       patkinspattenson@sheppardmullin.com
                 afriedman@sheppardmullin.com
7                cpinedo@sheppardmullin.com

8  COOPER & KIRKHAM, P.C.
   JOSEF D. COOPER, Cal. Bar No. 53015
9  655 Montgomery Street, Suite 1700
   San Francisco, California  94111
10 Telephone:    415-788-3030
   Facsimile:    415-882-7040
11 E-Mail:       jdc@coopkirk.com

12 Attorneys for Plaintiff
   STONEBRAE L.P.
13

14              IN THE UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                    (SAN FRANCISCO DIVISION)

17

18 STONEBRAE L.P., a Delaware limited          | Case No. 08-CV-00221 EMC
   partnership,
19                                             | **CERTIFICATION OF**
                   Plaintiff,                  | **INTERESTED ENTITIES OR**
20                                             | **PERSONS [LOCAL RULE 3-16]**
            v.
21
   TOLL BROS., INC.; a Pennsylvania
22 corporation; TOLL BROTHERS, INC., a
   Delaware corporation; DOES 1 through 15,
23 inclusive,

24                 Defendants.

25

26        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date,

27 other than the named parties, there is no such interest to report.

28

                              -1-               CERTIFICATE OF INTERESTED
   W02-WEST:5CP\400667997.1                      ENTITIES OR PERSONS

1  Dated:  January 15, 2008

2                                            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                                            By          /s/  Philip F. Atkins-Pattenson
                                                         PHILIP F. ATKINS-PATTENSON
5

6                                                        Attorneys for Plaintiff
                                                         STONEBRAE L.P.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED
W02-WEST:5CP\400667997.1                          ENTITIES OR PERSONS