1  DONALD J. PUTTERMAN (State Bar No. 90822)
   E-Mail:    *dputterman@sideman.com*
2  MARGARET A. ZIEMIANEK (State Bar No. 233418)
   E-Mail:    *mziemianek@sideman.com*
3  RYAN J. MECKFESSEL (State Bar No. 215952)
   E-Mail:    *rmeckfessel@sideman.com*
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
5  San Francisco, California 94111-3629
   Telephone:   (415) 392-1960
6  Facsimile:   (415) 392-0827

7  TIMOTHY J. HOBAN (State Bar No. 192461)
   E-Mail:    *thoban@tollbrothersinc.com*
8  REGIONAL COUNSEL FOR TOLL BROS., INC.
   725 Town & Country Rd, Suite 500
9  Orange, California 92868
10 Telephone: (714) 347-1300
   Facsimile: (714) 835-9683
11
   Attorneys for Defendants
12 TOLL BROS., INC., a Pennsylvania corporation, and
   TOLL BROTHERS, INC., a Delaware corporation
13

14           IN THE UNITED STATES DISTRICT COURT

15         FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                  (SAN FRANCISCO DIVISION)

17

| | |
|---|---|
| 18  STONEBRAE L.P., a Delaware limited partnership, | CASE NO. C08-00221-EMC |
| 19             Plaintiff, | **E-FILED** |
| 20       v. | **PROOF OF SERVICE** |
| 21  TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Pennsylvania corporation; DOES 1 through 15, inclusive, | |
| 24             Defendants. | |

Case No. C08-00221-EMC

PROOF OF SERVICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Eighth Floor, San Francisco, California 94111-3629.

On January 15, 2008, I served the following documents(s) described as:

1. **Notice of Order Setting Initial Case Management Conference; Related Supplementary Material [L.R. 4-2]**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Philip F. Atkins-Pattenson, Esq.
Arthur J Friedman, Esq.
Craig A. Pinedo, Esq.
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109

COOPER & KIRKHAM, P.C.
Josef D. Cooper, Esq.
655 Montgomery Street, Suite 1700
San Francisco, California 94111

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2008, at San Francisco, California.

_____
CHERYL L. WARR

10644\531858v1

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111