SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　　Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-Mail:       patkinspattenson@sheppardmullin.com
              afriedman@sheppardmullin.com
              cpinedo@sheppardmullin.com

COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
655 Montgomery Street, Suite 1700
San Francisco, California  94111
Telephone:    415-788-3030
Facsimile:    415-882-7040
E-Mail:       jdc@coopkirk.com

Attorneys for Plaintiff
STONEBRAE L.P.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TOLL BROS., INC.; a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>　　　　　　　Defendants. | Case No. 08-CV-00221 EMC<br><br>**PLAINTIFF STONEBRAE L.P.'S JURY DEMAND**<br><br>[Notice of Removal filed:  January 11, 2008] |

　　　　　Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Stonebrae L.P. hereby demands a jury trial as to all claims for relief on which it is entitled to a trial by jury under applicable law.

1  Dated: January 18, 2008

2                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                   By        /s/  Philip F. Atkins-Pattenson
                              PHILIP F. ATKINS-PATTENSON

6                              Attorneys for Plaintiff
                                  STONEBRAE L.P.