1  DONALD J. PUTTERMAN (State Bar No. 90822)
   E-Mail:    dputterman@sideman.com
2  RYAN J. MECKFESSEL (State Bar No. 215952)
   E-Mail:    rmeckfessel@sideman.com
3  MARGARET A. ZIEMIANEK (State Bar No. 233418)
   E-Mail:    mziemianek@sideman.com
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
5  San Francisco, California 94111-3629
   Telephone:    (415) 392-1960
6  Facsimile:    (415) 392-0827

7  TIMOTHY J. HOBAN (State Bar No. 192461)
   E-Mail:    thoban@tollbrothersinc.com
8  REGIONAL COUNSEL FOR TOLL BROS., INC.
   725 Town & Country Road, Suite 500
9  Orange, California 92868
10 Telephone:    (714) 347-1300
   Facsimile:    (714) 835-9683

12 Attorneys for Defendants
   TOLL BROS., INC., a Pennsylvania corporation, and
13 TOLL BROTHERS, INC., a Delaware corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Pennsylvania corporation; DOES 1 through 15, inclusive,<br><br>Defendants. | CASE NO. C08-00221-EMC<br><br>**E-FILED**<br><br>**DEFENDANT TOLL BROS., INC.'s JURY TRIAL DEMAND** |

Case No. C08-00221-EMC
DEFENDANT TOLL BROS., INC.'S JURY TRIAL DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant Toll Bros., Inc. hereby demands a jury trial as to all claims for relief on which it is entitled to a trial by jury under applicable law.

DATED: January 28, 2008            SIDEMAN & BANCROFT LLP


By:     /s/ Margaret A. Ziemianek
        Margaret A. Ziemianek
        Attorneys for Defendants
        TOLL BROS., INC., a Pennsylvania corporation, and
        TOLL BROTHERS, INC., a Delaware corporation

10644\536214v1