DONALD J. PUTTERMAN (State Bar No. 90822)
E-Mail:    dputterman@sideman.com
RYAN J. MECKFESSEL (State Bar No. 215952)
E-Mail:    rmeckfessel@sideman.com
MARGARET A. ZIEMIANEK (State Bar No. 233418)
E-Mail:    mziemianek@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

TIMOTHY J. HOBAN (State Bar No. 192461)
E-Mail:    thoban@tollbrothersinc.com
REGIONAL COUNSEL FOR TOLL BROS., INC.
725 Town & Country Road, Suite 500
Orange, California 92868
Telephone:    (714) 347-1300
Facsimile:    (714) 835-9683

Attorneys for Defendants
TOLL BROS., INC., a Pennsylvania corporation, and
TOLL BROTHERS, INC., a Delaware corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>Defendants. | CASE NO. C08-00221-EMC<br><br>**E-FILED**<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**<br><br>[L.R. 6-1(a)]<br><br>Date of Removal: January 11, 2008<br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr. |

BY AND THROUGH THEIR ATTORNEYS OF RECORD, the parties hereby stipulate and agree as follows:

(1) Plaintiff's Amended Complaint was filed on January 15, 2008;

(2) Pursuant to Rules 15(a) and 6(a) of the Federal Rules of Civil Procedure, the deadline for Defendants to file responsive pleadings to Plaintiff's Amended Complaint is January 30, 2008;

(3) Pursuant to agreement of the parties and Local Rule 6-1(a), Defendants' deadline to file a responsive pleading to the Amended Complaint shall be extended to February 13, 2008.

IT IS SO STIPULATED.

DATED: January 29, 2008

SIDEMAN & BANCROFT LLP

TIMOTHY J. HOBAN, ESQ.

By: ___/s/ Donald J. Putterman___
Donald J. Putterman
Attorneys for Defendants
TOLL BROS., INC., a Pennsylvania corporation, and
TOLL BROTHERS, INC., a Delaware corporation

DATED: January __, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

COOPER & KIRKHAM, P.C.

By: _____
Craig A. Pinedo
Attorneys for Plaintiff
STONEBRAE L.P.

10644\534559v1

1    BY AND THROUGH THEIR ATTORNEYS OF RECORD, the parties hereby stipulate
2 and agree as follows:
3    (1) Plaintiff's Amended Complaint was filed on January 15, 2008;
4    (2) Pursuant to Rules 15(a) and 6(a) of the Federal Rules of Civil Procedure, the deadline
5 for Defendants to file responsive pleadings to Plaintiff's Amended Complaint is January 30, 2008;
6    (3) Pursuant to agreement of the parties and Local Rule 6-1(a), Defendants' deadline to file
7 a responsive pleading to the Amended Complaint shall be extended to February 13, 2008.
8    IT IS SO STIPULATED.

10  DATED: January __, 2008            SIDEMAN & BANCROFT LLP

11                                     TIMOTHY J. HOBAN, ESQ.

13                                     By: _____
                                       Donald J. Putterman
14                                     Attorneys for Defendants
                                       TOLL BROS., INC., a Pennsylvania corporation, and
15                                     TOLL BROTHERS, INC., a Delaware corporation

18  DATED: January 29, 2008            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

19
                                       COOPER & KIRKHAM, P.C.
20

21                                     By: _____
22                                     Craig A. Pinedo
                                       Attorneys for Plaintiff
23                                     STONEBRAE L.P.

24
10644\534559v1

---

1                                                          Case No. C08-00221-EMC
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT