SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:     415-434-3947
E-Mail:         patkinspattenson@sheppardmullin.com
                    afriedman@sheppardmullin.com
                    cpinedo@sheppardmullin.com

COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
655 Montgomery Street, Suite 1700
San Francisco, California  94111
Telephone:    415-788-3030
Facsimile:     415-882-7040
E-Mail:         jdc@coopkirk.com

Attorneys for Plaintiff
STONEBRAE L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>                 Plaintiff,<br><br>    v.<br><br>TOLL BROS., INC.; a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>                 Defendants. | Case No. 08-CV-00221 EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF STONEBRAE L.P.'S MOTION TO REMAND ACTION TO STATE COURT** |

      Plaintiff Stonebrae L.P.'s ("Stonebrae") motion to remand this action to state court came on regularly for hearing. The parties were represented by counsel.

1    Having considered the papers filed in support of and in opposition to the
2 motion and the argument of counsel, and good cause appearing therefor, Stonebrae's
3 motion to remand is GRANTED.
4    In addition, Stonebrae's request for attorney's fees and costs is GRANTED,
5 the amount of such fees and costs to be determined on a separate application.

7 Dated: _____, 2008        _____
8                                              Hon. Edward M. Chen
                                          United States Magistrate Judge