DONALD J. PUTTERMAN (State Bar No. 90822)
E-Mail: dputterman@sideman.com
RYAN J. MECKFESSEL (State Bar No. 215952)
E-Mail: rmeckfessel@sideman.com
MARGARET A. ZIEMIANEK (State Bar No. 233418)
E-Mail: mziemianek@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

TIMOTHY J. HOBAN (State Bar No. 192461)
E-Mail: thoban@tollbrothersinc.com
REGIONAL COUNSEL FOR TOLL BROS., INC.
725 Town & Country Road, Suite 500
Orange, California 92868
Telephone: (714) 347-1300
Facsimile: (714) 835-9683

Attorneys for Defendants
TOLL BROS., INC., a Pennsylvania corporation, and
TOLL BROTHERS, INC., a Delaware corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>Defendants. | CASE NO. C08-00221-EMC<br><br>**E-FILED**<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** ; ORDER<br><br>[L.R. 6-1(a)]<br><br>Date of Removal: January 11, 2008<br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr. |

Case No. C08-00221-EMC
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1  BY AND THROUGH THEIR ATTORNEYS OF RECORD, the parties hereby stipulate
2  and agree as follows:

3  (1) Plaintiff's Amended Complaint was filed on January 15, 2008;

4  (2) Pursuant to Rules 15(a) and 6(a) of the Federal Rules of Civil Procedure, the deadline
5  for Defendants to file responsive pleadings to Plaintiff's Amended Complaint is January 30, 2008;

6  (3) Pursuant to agreement of the parties and Local Rule 6-1(a), Defendants' deadline to file
7  a responsive pleading to the Amended Complaint shall be extended to February 13, 2008.

8  IT IS SO STIPULATED.

10  DATED: January 29, 2008           SIDEMAN & BANCROFT LLP
11                                    TIMOTHY J. HOBAN, ESQ.

13                                    By:  /s/ Donald J. Putterman
                                          Donald J. Putterman
14                                        Attorneys for Defendants
                                          TOLL BROS., INC., a Pennsylvania corporation, and
15                                        TOLL BROTHERS, INC., a Delaware corporation

18  DATED: January __, 2008           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
19
20                                    COOPER & KIRKHAM, P.C.

22                                    By: _____
                                          Craig A. Pinedo
                                          Attorneys for Plaintiff
23                                        STONEBRAE L.P.

24  10644\534559v1

*Left margin:* SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

---

1                                                                Case No. C08-00221-EMC
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1  BY AND THROUGH THEIR ATTORNEYS OF RECORD, the parties hereby stipulate
2  and agree as follows:
3  (1) Plaintiff's Amended Complaint was filed on January 15, 2008;
4  (2) Pursuant to Rules 15(a) and 6(a) of the Federal Rules of Civil Procedure, the deadline
5  for Defendants to file responsive pleadings to Plaintiff's Amended Complaint is January 30, 2008;
6  (3) Pursuant to agreement of the parties and Local Rule 6-1(a), Defendants' deadline to file
7  a responsive pleading to the Amended Complaint shall be extended to February 13, 2008.
8  IT IS SO STIPULATED.

DATED: January __, 2008         SIDEMAN & BANCROFT LLP

                                TIMOTHY J. HOBAN, ESQ.


                                By: _____
                                    Donald J. Putterman
                                Attorneys for Defendants
                                TOLL BROS., INC., a Pennsylvania corporation, and
                                TOLL BROTHERS, INC., a Delaware corporation


DATED: January 29, 2008         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                COOPER & KIRKHAM, P.C.


                                By: _____/s/ Craig A. Pinedo_____
                                    Craig A. Pinedo
                                Attorneys for Plaintiff
                                STONEBRAE L.P.

10644\534559v1

IT IS SO ORDERED.

_____
Edward M. Chen
US Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]