United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. C08-00221 EMC

Stonebrae L.P., a Delaware Limited partnership,

        Plaintiff(s),

   v.

Toll Bros., Inc., a Pennsylvania corporation;

Toll Brothers, Inc., a Delaware corporation;

DOES 1 through 15, inclusive.

        Defendant(s)

_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 6, 2008                   /s/ Margaret A. Ziemianek
                                               Signature: Margaret A. Ziemianek
                                               Counsel for: Defendants Toll Bros., Inc..
                                               and Toll Brothers, Inc.
                                           (Name of party or indicate "pro se")