**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONEBRAE L.P., | No. C08-0221 EMC |
|     Plaintiff, | |
|     v. | **CLERK'S NOTICE** |
| TOLL BROS., INC., et al., | |
|     Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT** set for March 12, 2008 at 10:30 a.m. is reset for **March 26, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by March 5, 2008. Reply shall be filed by March 12, 2008.

Dated: February 11, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy