```
 1  DONALD J. PUTTERMAN (State Bar No. 90822)
    E-Mail:     dputterman@sideman.com
 2  RYAN J. MECKFESSEL (State Bar No. 215952)
    E-Mail:     rmeckfessel@sideman.com
 3  MARGARET A. ZIEMIANEK (State Bar No. 233418)
    E-Mail:     mziemianek@sideman.com
 4  SIDEMAN & BANCROFT LLP
    One Embarcadero Center, Eighth Floor
 5  San Francisco, California 94111-3629
    Telephone:   (415) 392-1960
 6  Facsimile:   (415) 392-0827

 7  TIMOTHY J. HOBAN (State Bar No. 192461)
    E-Mail:     thoban@tollbrothersinc.com
 8  REGIONAL COUNSEL FOR TOLL BROS., INC.
    725 Town & Country Road, Suite 500
 9  Orange, California 92868
    Telephone:   (714) 347-1300
10  Facsimile:   (714) 835-9683

11

12  Attorneys for Defendants
    TOLL BROS., INC., a Pennsylvania corporation, and
13  TOLL BROTHERS, INC., a Delaware corporation
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>      Plaintiff,<br><br>      v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>      Defendants. | CASE NO. C08-00221-EMC<br><br>**E-FILED**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**<br><br>[L.R. 6-1(a)]<br><br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr.<br><br>Date of Removal: January 11, 2008 |

Case No. C08-00221-EMC
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO
AMENDED COMPLAINT

BY AND THROUGH THEIR ATTORNEYS OF RECORD, the parties hereby stipulate and agree as follows:

(1) Plaintiff's Amended Complaint was filed on January 15, 2008;

(2) Pursuant to the Stipulation to Extend Deadline for Defendants to Respond to Amended Complaint, filed January 29, 2008 and entered by the Court on February 1, 2008, Defendants' deadline to file responsive pleadings to the Amended Complaint is presently set for February 13, 2008;

(3) Pursuant to agreement of the parties and Local Rule 6-1(a), Defendants' deadline to file responsive pleadings to the Amended Complaint shall be extended to February 20, 2008;

(4) Any motion(s) to dismiss filed by Defendant(s) in response to the Amended Complaint shall be set for hearing on March 26, 2008 at 10:30 a.m., the date on which the Court will hear Plaintiff's Motion to Remand Action to State Court (as re-scheduled by the February 11, 2008 Clerk's Notice), in accordance with L.R. 7-2(a).

IT IS SO STIPULATED.

DATED: February 11, 2008            SIDEMAN & BANCROFT LLP
                                    TIMOTHY J. HOBAN, ESQ.


                                    By:   /s/ Margaret A. Ziemianek
                                          Margaret A. Ziemianek
                                    Attorneys for Defendants
                                    TOLL BROS., INC., a Pennsylvania corporation, and
                                    TOLL BROTHERS, INC., a Delaware corporation

1  DATED: February 11, 2008          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                     COOPER & KIRKHAM, P.C.

                                     By: _____/s/ Josef D. Cooper_____
                                         Josef D. Cooper
                                         Attorneys for Plaintiff
                                         STONEBRAE L.P.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES,

IT IS SO ORDERED.

Date: _____, 2008

                                     _____
                                     Hon. Edward M. Chen
                                     U.S. Magistrate Judge

10644\541663v1

*Law Offices: SIDEMAN & BANCROFT LLP, One Embarcadero Center, 8th Floor, San Francisco, California 94111*