1  DONALD J. PUTTERMAN (State Bar No. 90822)
   E-Mail:    dputterman@sideman.com
2  RYAN J. MECKFESSEL (State Bar No. 215952)
   E-Mail:    rmeckfessel@sideman.com
3  MARGARET A. ZIEMIANEK (State Bar No. 233418)
   E-Mail:    mziemianek@sideman.com
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
5  San Francisco, California 94111-3629
   Telephone:    (415) 392-1960
6  Facsimile:    (415) 392-0827

7  TIMOTHY J. HOBAN (State Bar No. 192461)
   E-Mail:    thoban@tollbrothersinc.com
8  REGIONAL COUNSEL FOR TOLL BROS., INC.
   725 Town & Country Road, Suite 500
9  Orange, California 92868
   Telephone:    (714) 347-1300
10 Facsimile:    (714) 835-9683

12 Attorneys for Defendants
   TOLL BROS., INC., a Pennsylvania corporation, and
13 TOLL BROTHERS, INC., a Delaware corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>Defendants. | CASE NO. C08-00221-EMC<br><br>**E-FILED**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** ; ORDER<br><br>[L.R. 6-1(a)]<br><br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr.<br><br>Date of Removal: January 11, 2008 |

Case No. C08-00221-EMC
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO
AMENDED COMPLAINT

BY AND THROUGH THEIR ATTORNEYS OF RECORD, the parties hereby stipulate and agree as follows:

(1) Plaintiff's Amended Complaint was filed on January 15, 2008;

(2) Pursuant to the Stipulation to Extend Deadline for Defendants to Respond to Amended Complaint, filed January 29, 2008 and entered by the Court on February 1, 2008, Defendants' deadline to file responsive pleadings to the Amended Complaint is presently set for February 13, 2008;

(3) Pursuant to agreement of the parties and Local Rule 6-1(a), Defendants' deadline to file responsive pleadings to the Amended Complaint shall be extended to February 20, 2008;

(4) Any motion(s) to dismiss filed by Defendant(s) in response to the Amended Complaint shall be set for hearing on March 26, 2008 at 10:30 a.m., the date on which the Court will hear Plaintiff's Motion to Remand Action to State Court (as re-scheduled by the February 11, 2008 Clerk's Notice), in accordance with L.R. 7-2(a). The Court reserve its right to reschedule hearings as it deems necessary.

IT IS SO STIPULATED.

DATED: February 11, 2008          SIDEMAN & BANCROFT LLP
                                  TIMOTHY J. HOBAN, ESQ.


                                  By:   /s/ Margaret A. Ziemianek
                                        Margaret A. Ziemianek
                                  Attorneys for Defendants
                                  TOLL BROS., INC., a Pennsylvania corporation, and
                                  TOLL BROTHERS, INC., a Delaware corporation

DATED: February 11, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

COOPER & KIRKHAM, P.C.

By: _____/s/ Josef D. Cooper_____
Josef D. Cooper
Attorneys for Plaintiff
STONEBRAE L.P.

[PROPOSED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES,

IT IS SO ORDERED.

Date: __February 12__, 2008

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10644\541663v1

---

Case No. C08-00221-EMC
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT