DONALD J. PUTTERMAN (State Bar No. 90822)
E-Mail: dputterman@sideman.com
RYAN J. MECKFESSEL (State Bar No. 215952)
E-Mail: rmeckfessel@sideman.com
MARGARET A. ZIEMIANEK (State Bar No. 233418)
E-Mail: mziemianek@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

TIMOTHY J. HOBAN (State Bar No. 192461)
E-Mail: thoban@tollbrothersinc.com
REGIONAL COUNSEL FOR TOLL BROS., INC.
725 Town & Country Road, Suite 500
Orange, California 92868
Telephone:    (714) 347-1300
Facsimile:    (714) 835-9683

Attorneys for Defendants
TOLL BROS., INC., a Pennsylvania corporation, and
TOLL BROTHERS, INC., a Delaware corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>    Defendants. | CASE NO. C08-00221-EMC<br><br>**E-FILED**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TOLL BROTHERS, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND DISMISSING TOLL BROTHERS, INC. [FRCP 12(B)(6), 21]**<br><br>Date:    March 26, 2008<br>Time:    10:30 a.m.<br>Room:    C, 15th Floor<br>Judge:    Hon. Edward M. Chen<br><br>Removal Filed: January 11, 2008 |

Case No. C08-00221-EMC
**[PROPOSED] ORDER GRANTING DEFENDANT TOLL BROTHERS, INC.'S MOTION TO DISMISS**

1   Defendant Toll Brothers, Inc.'s Motion to Dismiss Pursuant to Rules 12(b)(6) and 21 of
2   the Federal Rules of Civil Procedure came on regularly for hearing before this Court on March 26,
3   2008, at 10:30 a.m., in Department C.  The parties were represented by counsel at the hearing.
4   Having considered the papers filed regarding this motion and the arguments of counsel, the Court
5   rules as follows:
6       1.   Toll Brothers, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) is
7   GRANTED;
8       2.   Toll Brothers, Inc.'s Motion Pursuant to F.R.C.P. 21 is GRANTED, and
9   fraudulently joined defendant Toll Brothers, Inc. is hereby dismissed from this action.

12  Dated: _____, 2008        _____

13                                    THE HONORABLE EDWARD M. CHEN
                                      UNITED STATES MAGISTRATE JUDGE

10644\547521v1