1  DONALD J. PUTTERMAN (State Bar No. 90822)
   E-Mail:    dputterman@sideman.com
2  RYAN J. MECKFESSEL (State Bar No. 215952)
   E-Mail:    rmeckfessel@sideman.com
3  MARGARET A. ZIEMIANEK (State Bar No. 233418)
   E-Mail:    mziemianek@sideman.com
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
5  San Francisco, California 94111-3629
   Telephone:    (415) 392-1960
6  Facsimile:    (415) 392-0827

7  TIMOTHY J. HOBAN (State Bar No. 192461)
   E-Mail:    thoban@tollbrothersinc.com
8  REGIONAL COUNSEL FOR TOLL BROS., INC.
   725 Town & Country Road, Suite 500
9  Orange, California 92868
   Telephone:    (714) 347-1300
10 Facsimile:    (714) 835-9683

12 Attorneys for Defendants
   TOLL BROS., INC., a Pennsylvania corporation, and
13 TOLL BROTHERS, INC., a Delaware corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>　　　　Defendants. | CASE NO. C08-00221-EMC<br><br>**E-FILED**<br><br>**[PROPOSED] ORDER DENYING STONEBRAE, L.P.'S MOTION TO REMAND ACTION TO STATE COURT**<br><br>Date:　　March 26, 2008<br>Time:　　10:30 a.m.<br>Room:　　C, 15th Floor<br>Judge:　　Hon. Edward M. Chen<br><br>Removal Filed: January 11, 2008 |

Case No. C08-00221-EMC
**[PROPOSED] ORDER DENYING PLAINTIFF STONEBRAE, L.P.'S MOTION TO REMAND ACTION TO STATE COURT**

1  Plaintiff Stonebrae, L.P.'s Motion to Remand Action to State Court came on regularly for
2  hearing before this Court on March 26, 2008, at 10:30 a.m., in Department C.  The parties were
3  represented by counsel at the hearing.  Having considered the papers filed regarding this motion
4  and the arguments of counsel, the Court rules as follows:

Plaintiff's Motion to Remand is DENIED.

Dated: _____, 2008

THE HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

10644\553988v1