Donald J. Putterman, Esq.
Sideman & Bancroft LLP
One Embarcadero Center, Suite 800
San Francisco, CA 94111
(415) 392-1960
dputterman@sideman.com

# UNITED STATES DISTRICT COURT
## NORTHERN    DISTRICT OF CALIFORNIA

STONEBRAE L.P., a Delaware limited partnership

CASE NUMBER:

C08-00221-EMC

v.                           Plaintiff(s)

TOLL BROS., INC., a Pennsylvania corporation, et al.

**SUBSTITUTION OF ATTORNEY**

Defendant(s)

TOLL BROS., INC. and TOLL BROTHERS, INC.     [ ] Plaintiff  [x] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes  Kasowitz, Benson, Torres & Friedman LLP _____ who is

[x] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per    101 California Street, Suite 2050
*Street Address*

San Francisco, CA 94111        (415) 421-6140         (415) 398-5030         90822
*City, State, Zip Code*       *Telephone Number*     *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of  Sideman & Bancroft LLP

*Present Attorney*

Dated: March 10, 2008                    _____
                                         *Signature of Party*
                                         Timothy J. Hoban, Esq.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.
                                         Sideman & Bancroft LLP
Dated: March 5, 2008                     _____
                                         *Signature of Present Attorney*
                                         By: Donald J. Putterman

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.
                                         Kasowitz, Benson, Torres & Friedman LLP
Dated: March 13, 2008                    _____
                                         *Signature of New Attorney*
                                         By: Donald J. Putterman

**Substitution of Attorney is hereby**    [ ] Approved.    [ ] Denied.

Dated: March ___, 2008                   _____
                                         United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:**  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                      G01