Donald J. Putterman, Esq.
Sideman & Bancroft LLP
One Embarcadero Center, Suite 800
San Francisco, CA 94111
(415) 392-1960
dputterman@sideman.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STONEBRAE L.P., a Delaware limited partnership

CASE NUMBER: C08-00221-EMC

Plaintiff(s)

v.

TOLL BROS., INC., a Pennsylvania corporation, et al.

SUBSTITUTION OF ATTORNEY ; ORDER

Defendant(s)

TOLL BROS., INC. and TOLL BROTHERS, INC.  [ ] Plaintiff  [x] Defendant  [ ] Other _____
Name of Party

hereby substitutes  Kasowitz, Benson, Torres & Friedman LLP  who is

[x] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   101 California Street, Suite 2050
Street Address

San Francisco, CA 94111         (415) 421-6140         (415) 398-5030         90822
City, State, Zip Code              Telephone Number        Facsimile Number       State Bar Number

as attorney of record in the place and stead of  Sideman & Bancroft LLP
Present Attorney

Dated: March 10, 2008

_____
Signature of Party
Timothy J. Hoban, Esq.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: March 5, 2008

Sideman & Bancroft LLP
_____
Signature of Present Attorney
By: Donald J. Putterman

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: March 13, 2008

Kasowitz, Benson, Torres & Friedman LLP
_____
Signature of New Attorney
By: Donald J. Putterman

**Substitution of Attorney is hereby**  [ ] Approved.  [ ] Denied.

Dated: March 13, 2008

_____
United States District Judge
Judge Edward M. Chen

IT IS SO ORDERED

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have ___ail address since your enrollment, you must complete an Enrollment/Update Form ___ ed at the proper facsimile number or e-mail address. This form, as well as info___ ___gram is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                                  G01