SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-Mail:       patkinspattenson@sheppardmullin.com
              afriedman@sheppardmullin.com
              cpinedo@sheppardmullin.com

COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
655 Montgomery Street, Suite 1700
San Francisco, California  94111
Telephone:    415-788-3030
Facsimile:    415-882-7040
E-Mail:       jdc@coopkirk.com

Attorneys for Plaintiff
STONEBRAE L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>                    Plaintiff,<br><br>        v.<br><br>TOLL BROS., INC.; a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>                    Defendants. | Case No. 08-CV-00221 EMC<br><br>**PLAINTIFF STONEBRAE L.P.'S ANSWER TO COUNTERCLAIMS**<br><br>Before the Hon. Edward M. Chen |

Plaintiff Stonebrae L.P. ("Stonebrae") responds to the Counterclaims of defendant Toll Bros., Inc. ("Toll Bros.") as follows:

1. Responding to Paragraph 1 of the Counterclaims, Stonebrae admits the allegations contained in this paragraph.

2. Responding to Paragraph 2 of the Counterclaims, Stonebrae admits it is a limited partnership organized under the laws of the State of Delaware.

3. Responding to Paragraph 3 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph. For all the reasons stated in Stonebrae's motion to remand, this Court lacks diversity jurisdiction over this case.

4. Responding to Paragraph 4 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

5. Responding to Paragraph 5 of the Counterclaims, Stonebrae restates its respective answers to Paragraphs 1 through 4 inclusive and incorporates them herein by reference.

6. Responding to Paragraph 6 of the Counterclaims, Stonebrae admits the allegations contained in this paragraph.

7. Responding to Paragraph 7 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

8. Responding to Paragraph 8 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

9. Responding to Paragraph 9 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph, except to the extent that such allegations represent Toll Bros.' invalid excuses for its numerous material breaches of the Village B Purchase Agreement.

10. Responding to Paragraph 10 of the Counterclaims, the allegations in this paragraph characterize assertions made by Stonebrae in its First Amended Complaint ("FAC"), which speak for themselves and no answer to these allegations is required. To

the extent the allegations in this paragraph contain assertions of fact inconsistent with Stonebrae's FAC, Stonebrae denies each and every such allegation.

11. Responding to Paragraph 11 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

12. Responding to Paragraph 12 of the Counterclaims, Stonebrae restates its respective answers to Paragraphs 1 through 11 inclusive and incorporates them herein by reference.

13. Responding to Paragraph 13 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

14. Responding to Paragraph 14 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

15. Responding to Paragraph 15 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

16. Responding to Paragraph 16 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

17. Responding to Paragraph 17 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

18. Responding to Paragraph 18 of the Counterclaims, Stonebrae restates its respective answers to Paragraphs 1 through 17 inclusive and incorporates them herein by reference.

19. Responding to Paragraph 19 of the Counterclaims, this paragraph contains legal conclusions, requiring no response.

20. Responding to Paragraph 20 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

21. Responding to Paragraph 21 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

22. Responding to Paragraph 22 of the Counterclaims, Stonebrae denies the allegations contained in this paragraph.

W02-WEST:5CP\400745644.1                                    ANSWER TO COUNTERCLAIMS

23. Responding to the prayer for relief, Stonebrae denies each and every allegation contained therein and further denies that Toll Bros. is entitled to the relief requested or any relief whatsoever.

Except as otherwise admitted herein, Stonebrae denies each and every allegation in the Counterclaims.

## DEFENSES

As separate defenses to each and every claim for relief asserted in the Counterclaims, Stonebrae alleges as follows:

## FIRST DEFENSE
### (Failure to State a Claim for Relief)

The Counterclaims, and each claim presented therein, fail to state facts constituting a claim for which relief may be granted.

## SECOND DEFENSE
### (Lack of Subject Matter Jurisdiction)

Toll Bros.' Counterclaims, and each claim presented therein, fail for lack of subject matter jurisdiction.

## THIRD DEFENSE
### (Estoppel)

Toll Bros.' Counterclaims, and each claim presented therein, are barred in whole or in part by the doctrine of estoppel.

## FOURTH DEFENSE

### (Failure to Mitigate)

Toll Bros.' Counterclaims, and each claim presented therein, are barred in whole or in part by its failure to mitigate any damages.

## FIFTH DEFENSE

### (Unclean Hands)

Toll Bros.' Counterclaims, and each claim presented therein, are barred in whole or in part by the doctrine of unclean hands.

## SIXTH DEFENSE

### (Waiver)

Toll Bros.' Counterclaims, and each claim presented therein, are barred in whole or in part by the doctrine of waiver.

## SEVENTH DEFENSE

### (Laches)

Toll Bros. has unreasonably delayed the commencement of this action to the prejudice of Stonebrae, whereby the Counterclaims, and each claim for relief presented therein, is barred by the doctrine of laches.

## EIGHTH DEFENSE

### (Failure of Performance)

Toll Bros.' Counterclaims, and each claim presented therein, are barred in whole or in part by its failure to perform its obligations under the Village B Purchase Agreement.

## **NINTH DEFENSE**

### **(Failure of Conditions Precedent)**

Toll Bros.' Counterclaims, and each claim presented therein, are barred in whole or in part by the failure of conditions precedent to Stonebrae's alleged failures to perform.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Stonebrae prays for judgment as follows:

1. For a Judgment against Toll Bros. that:

    (a) Stonebrae is not in default of its obligations under the Village B Purchase Agreement;

    (b) Toll Bros. wrongfully terminated the Village B Purchase Agreement and demanded that the escrow holder release the letter of credit to it;

    (c) Toll Bros. is obligated to close the escow under the Village B Purchase Agreement or, alternatively, is in default thereunder thus entitling Stonebrae to terminate said agreeemnt and to instruct the escrow holder to draw upon the letter of credit and release the amount thereof (including accrued interest) to Stonebrae;

2. For liquidated damages for Toll Bros.' breach of contract as provided in Sectin 17.1(c) of the Village B Purchase Agreement;

3. That Toll Bros. take nothing by reason of this proceeding;

-5-

4. That Stonebrae otherwise recover its costs, disbursements, expenses, and attorney's fees in this proceeding; and

5. That the Court award Stonebrae such other relief as it deems just and proper.

Dated: March 18, 2008

         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

       By   /s/ Philip F. Atkins-Pattenson
         PHILIP F. ATKINS-PATTENSON

         Attorneys for Plaintiff
         STONEBRAE L.P.