1  DONALD J. PUTTERMAN (State Bar No. 90822)
   E-Mail: *dputterman@kasowitz.com*
2  KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
   101 California Street, Suite 2050
3  San Francisco, CA 94111
   Telephone: (415) 421-6140
4  Facsimile: (415) 398-5030

5  TIMOTHY J. HOBAN (State Bar No. 192461)
   E-Mail: *thoban@tollbrothersinc.com*
6  REGIONAL COUNSEL FOR TOLL BROS., INC.
   725 Town & Country Road, Suite 500
7  Orange, California 92868
   Telephone:    (714) 347-1300
8  Facsimile:    (714) 835-9683

9  Attorneys for Defendants
   TOLL BROS., INC., a Pennsylvania corporation, and
10 TOLL BROTHERS, INC., a Delaware corporation

11
                 **IN THE UNITED STATES DISTRICT COURT**
12
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13
                       **(SAN FRANCISCO DIVISION)**
14

15

16 STONEBRAE L.P., a Delaware limited          ) CASE NO. C08-00221-EMC
   partnership,                                )
17                                             ) **E-FILED**
                                               )
18            Plaintiff,                        )
                                               ) **STIPULATION AND [PROPOSED]**
19      v.                                      ) **ORDER CONTINUING HEARING ON**
                                               ) **MOTIONS TO REMAND AND TO**
20 TOLL BROS., INC., a Pennsylvania            ) **DISMISS**
   corporation; TOLL BROTHERS, INC., a         )
21 Delaware corporation; DOES 1 through 15,    ) [L.R. 6-1(a)]
   inclusive,                                  )
22                                             ) Before: The Honorable Edward M. Chen
              Defendants.                       ) Courtroom C, 15th Flr.
23                                             )
   _____) Date of Removal: January 11, 2008
24

25       BY AND THROUGH THEIR ATTORNEYS OF RECORD, the parties hereby stipulate

26 and agree as follows:

27       (1)    Plaintiff's Motion to Remand and Defendant Toll Brothers' Motion to Dismiss

28 have been fully briefed and currently are set for hearing by this Court on Wednesday, March 26,

---

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED
COMPLAINT
1

1  2008;

2       (2)     Toll Brothers' counsel, Donald J. Putterman, Esq. of Kasowitz, Benson, Torres &

3  Friedman LLP will be participating in a JAMS arbitration before the Hon. Gary Strankman

4  (Ret.) the entire week of March 24, 2008;

5       (3)     Pursuant to agreement of the parties and with approval by and Order of this

6  Court, the hearing on Plaintiff's Motion to Remand and Toll Brothers' Motion to Dismiss shall

7

8  be continued to April 9, 2008, at 10:30 A.M.

9       IT IS SO STIPULATED.

10

11  Dated: ___3/21/08___                    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

12
                                           TIMOTHY J. HOBAN, ESQ
13

14                                         By:___/s/ Donald J. Putterman___
                                              Donald J. Putterman
15                                            Attorneys for Defendants
                                              TOLL BROS., INC., a Pennsylvania corporation, and
16                                            TOLL BROTHERS, INC., a Delaware corporation

17

18  DATED: MARCH 21, 2008                   SHEPPARD, MULLIN, RICHTER & HAMPTON
                                           LLP
19
                                           COOPER & KIRKHAM, P.C.
20

21

22                                         By: _____
                                              Josef D. Cooper
23                                            Attorneys for Plaintiff
                                              STONEBRAE L.P.

24

25

26

27

28

---

1

## [PROPOSED] ORDER

2

PURSUANT TO STIPULATION OF THE PARTIES,

3

     IT IS SO ORDERED.

4

5

Date: _____, 2008

6
                              _____

                              Hon. Edward M. Chen

7
                              U.S. Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28