1  DONALD J. PUTTERMAN (State Bar No. 90822)
   E-Mail: *dputterman@kasowitz.com*
2  KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
   101 California Street, Suite 2050
3  San Francisco, CA 94111
   Telephone: (415) 421-6140
4  Facsimile: (415) 398-5030

5  TIMOTHY J. HOBAN (State Bar No. 192461)
   E-Mail: *thoban@tollbrothersinc.com*
6  REGIONAL COUNSEL FOR TOLL BROS., INC.
   725 Town & Country Road, Suite 500
7  Orange, California 92868
   Telephone:   (714) 347-1300
8  Facsimile:    (714) 835-9683

9  Attorneys for Defendants
   TOLL BROS., INC., a Pennsylvania corporation, and
10 TOLL BROTHERS, INC., a Delaware corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>Defendants. | CASE NO. C08-00221-EMC<br><br>**E-FILED**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO REMAND AND TO DISMISS<br><br>[L.R. 6-1(a)]<br><br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr.<br><br>Date of Removal: January 11, 2008 |

BY AND THROUGH THEIR ATTORNEYS OF RECORD, the parties hereby stipulate and agree as follows:

(1) Plaintiff's Motion to Remand and Defendant Toll Brothers' Motion to Dismiss have been fully briefed and currently are set for hearing by this Court on Wednesday, March 26,

---

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1

1  2008;

2  (2) Toll Brothers' counsel, Donald J. Putterman, Esq. of Kasowitz, Benson, Torres & Friedman LLP will be participating in a JAMS arbitration before the Hon. Gary Strankman (Ret.) the entire week of March 24, 2008;

(3) Pursuant to agreement of the parties and with approval by and Order of this Court, the hearing on Plaintiff's Motion to Remand and Toll Brothers' Motion to Dismiss shall be continued to April 23, 2008, at 10:30 A.M.

IT IS SO STIPULATED.

Dated: 3/21/08

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

TIMOTHY J. HOBAN, ESQ

By: /s/ Donald J. Putterman
Donald J. Putterman
Attorneys for Defendants
TOLL BROS., INC., a Pennsylvania corporation, and
TOLL BROTHERS, INC., a Delaware corporation

DATED: MARCH 21, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

COOPER & KIRKHAM, P.C.

By: _____
Josef D. Cooper
Attorneys for Plaintiff
STONEBRAE L.P.

---

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES,

IT IS SO ORDERED.

Date: 3/25, 2008

_____
Hon. Edward M. Chen
U.S. Magistrate Judge