**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONEBRAE L.P., | No. C08-0221 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| TOLL BROS., INC., et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for April 23, 2008 at 1:30 p.m. is reset for April 23, 2008 at 10:30 a.m. before Magistrate Judge Edward M. Chen, 450 Golden Gate Avenue, 15th Floor, Courtroom C, San Francisco, CA 94102. A Joint Case Management Conference Statement shall be filed by April 16, 2008.

Dated: March 25, 2008         FOR THE COURT,
                              Richard W. Wieking, Clerk

                              by: _____/s/ Betty Fong_____
                                  Betty Fong
                                  Courtroom Deputy