# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Stonebrae LP,<br><br>         Plaintiff(s),<br><br>   v.<br><br>Toll Bros Inc,<br><br>         Defendant(s). | 08-00221 EMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

    It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: April 10, 2008

                                RICHARD W. WIEKING
                                Clerk
                                by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-00221 EMC                     -2-

**PROOF OF SERVICE**

Case Name:        Stonebrae LP v. Toll Bros Inc

Case Number:     08-00221 EMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 10, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Josef D. Cooper
> Cooper & Kirkham, P.C.
> 655 Montgomery Street
> 17th Floor
> San Francisco, CA 94111
> jdc@coopkirk.com
>
> Arthur Jay Friedman
> Sheppard Mullin Richter & Hampton LLP
> Four Embarcadero Center
> 17th Floor
> San Francisco, CA 94111-4109
> afriedman@sheppardmullin.com
>
> Philip F. Atkins-Pattenson
> Sheppard, Mullin, Richter & Hampton
> Four Embarcadero Center, 17th Floor
> San Francisco, CA 94111
> patkinspattenson@smrh.com
>
> Craig A. Pinedo

Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center, Suite 1700
San Francisco, CA 94111
cpinedo@sheppardmullin.com

Timothy Joseph Hoban
725 West Town & Country Road
Suite 500
Orange, CA 92868
thoban@tollbrothersinc.com

Donald J. Putterman
Kasowitz Benson Torres & Friedman LLP
101 California Street
Suite 2050
San Francisco, CA 94111
dputterman@kasowitz.com

Margaret Alexandra Ziemianek
Sideman & Bancroft LLP
1 Embarcadero Center
Eighth Floor
San Francisco, CA 94111
mziemianek@sideman.com

Ryan Judson Meckfessel
Sideman & Bancroft LLP
One Embarcadero Center
Eighth Floor
San Francisco, CA 94111
rmeckfessel@sideman.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 10, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov