COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
JOHN J. BOGDANOR, Cal. Bar No. 215830
655 Montgomery Street, Suite 1700
San Francisco, California 94111
Telephone:    415-788-3030
Facsimile:    415-882-7040
E-Mail:       jdc@coopkirk.com
              jjb@coopkirk.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-Mail:       patkinspattenson@sheppardmullin.com
              afriedman@sheppardmullin.com
              cpinedo@sheppardmullin.com

Attorneys for Plaintiff
STONEBRAE L.P.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>            Plaintiff,<br><br>      v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>            Defendants. | Case No. 08-CV-00221 EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGMENT CONFERENCE**<br><br>Before: The Honorable Edward M. Chen Courtroom C, 15th Flr. |

## STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Stonebrae L.P. and Defendants Toll Bros., Inc., and Toll Brothers, Inc., request that the Court enter an order rescheduling the initial Case Management Conference and adopting the schedule below.

## STIPULATION

WHEREAS a Case Management Conference is currently scheduled in the above-captioned matter for April 23, 2008, at 10:30 a.m.;

WHEREAS a Joint Case Management Conference Statement is currently scheduled to be filed by April 16, 2008;

WHEREAS Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss are set for hearing on April 23, 2008, the result of which may render the initial Case Management Conference unnecessary; and

WHEREAS Defendants' lead counsel, Donald J. Putterman, Esq. of Kasowitz, Benson, Torres & Friedman LLP cannot attend the currently scheduled conference on April 23, 2008, as more fully described in the accompanying Declaration of Josef D. Cooper in Support of Stipulated Request and [Proposed] Order Continuing Initial Case Management Conference.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows, subject to approval by the Court:

The Case Management Conference set for April 23, 2008, is hereby rescheduled for Wednesday, June 11, 2008, at 1:30 p.m. The Joint Case Management Conference Statement shall be filed by June 4, 2008. The hearing on Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss shall proceed as scheduled on April 23, 2008 at 10:30 a.m.

IT IS SO STIPULATED.

///
///
///
///

Dated: April 11, 2008          COOPER & KIRKHAM, P.C.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Josef Cooper
    Josef D. Cooper
    Attorneys for Plaintiff
    STONEBRAE L.P.

Dated: April 11, 2008          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

TIMOTHY J. HOBAN, ESQ.

By: /s/ Donald Putterman
    Donald J. Putterman
    Attorneys for Defendants
    TOLL BROS., INC., and
    TOLL BROTHERS, INC.

### [PROPOSED] ORDER

This Court, having reviewed the Stipulated Request for Order, accompanying Stipulation of the parties, and the Declaration of Josef D. Cooper in Support, and good cause appearing therefore, orders that the initial Case Management Conference is hereby rescheduled to June 11, 2008, at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, Califonia 94102. The Joint Case Management Conference Statement shall be filed by June 4, 2008. The hearing on Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss shall proceed as scheduled on April 23, 2008 at 10:30 a.m.

IT IS SO ORDERED.

Date: _____, 2008          _____
                                        Hon. Edward M. Chen
                                        U.S. Magistrate Judge