COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
JOHN J. BOGDANOR, Cal. Bar No. 215830
655 Montgomery Street, Suite 1700
San Francisco, California 94111
Telephone:  415-788-3030
Facsimile:  415-882-7040
E-Mail:     jdc@coopkirk.com
            jjb@coopkirk.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947
E-Mail:     patkinspattenson@sheppardmullin.com
            afriedman@sheppardmullin.com
            cpinedo@sheppardmullin.com

Attorneys for Plaintiff
STONEBRAE L.P.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>    Defendants. | Case No. 08-CV-00221 EMC<br><br>**DECLARATION OF JOSEF D. COOPER IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGMENT CONFERENCE**<br><br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr. |

DECLARATION OF JOSEF D. COOPER IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGMENT CONFERENCE

1

I, Josef D. Cooper, declare:

1. I am one of the principals of the law firm Cooper & Kirkham, P.C., one of the counsel for Plaintiff Stonebrae L.P. in this action. I make this Declaration in support of the Stipulation and [Proposed] Order Continuing Initial Case Management Conference based upon my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. The parties request this continuance because the result of the hearing on Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss, scheduled for April 23, 2008 at 10:30 a.m., may render the Case Management Conference unnecessary. In addition, Toll Brothers, Inc.'s lead counsel, Donald J. Putterman, Esq. of Kasowitz, Benson, Torres & Friedman LLP cannot attend the Case Management Conference as currently scheduled because he will be getting married and will be on his honeymoon on that day.

3. The requested continuance will have the effect of rescheduling the date for the Case Management Conference from April 23, 2008 to June 11, 2008 and the deadline to file the Joint Case Management Conference Statement from April 16, 2008 to June 4, 2008. This time modification will not affect the hearing on Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss on April 23, 2008.

4. This Court has previously modified the following times:

   a. Defendants' deadline to file a responsive pleading to the Amended Complaint was extended from January 30, 2008 to February 13, 2008 pursuant to the Stipulation to Extend Deadline for Defendants to Respond to Amended Complaint, filed January 29, 2008 and entered by the Court on February 1, 2008;

   b. Defendants' deadline to file responsive pleadings to the Amended Complaint was extended from February 13, 2008 to February 20, 2008 pursuant to the Stipulation and Order Extending Deadline for Defendants to Respond to Amended Complaint, filed February 11, 2008 and entered by the Court on February 12, 2008;

   c. The hearing on Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss was continued from March 26, 2008 to April 23, 2008 at

1  10:30 a.m. pursuant to the Stipulation and Order Continuing Hearing on Motions to Remand and to Dismiss, filed March 21, 2008 and entered by the Court on March 25, 2008; and

   d.   The Case Management Conference set for April 23, 2008 at 1:30 p.m. was reset for April 23, 2008 at 10:30 a.m. pursuant to Clerk's Notice entered March 25, 2008.

   I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 4th day of April, 2008, at San Francisco, California.

   _____
   JOSEF D. COOPER