1  COOPER & KIRKHAM, P.C.
   JOSEF D. COOPER, Cal. Bar No. 53015
2  JOHN J. BOGDANOR, Cal. Bar No. 215830
   655 Montgomery Street, Suite 1700
3  San Francisco, California 94111
   Telephone:    415-788-3030
4  Facsimile:    415-882-7040
   E-Mail:       jdc@coopkirk.com
5                jjb@coopkirk.com

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7    Including Professional Corporations
   PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
8  ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
   CRAIG A. PINEDO, Cal. Bar No. 191337
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
10 Telephone:    415-434-9100
   Facsimile:    415-434-3947
11 E-Mail:       patkinspattenson@sheppardmullin.com
                 afriedman@sheppardmullin.com
12               cpinedo@sheppardmullin.com

13 Attorneys for Plaintiff
   STONEBRAE L.P.

14

15                IN THE UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                       (SAN FRANCISCO DIVISION)

18

19

| STONEBRAE L.P., a Delaware limited partnership, | Case No. 08-CV-00221 EMC |
|---|---|
| Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGMENT CONFERENCE** |
| v. | |
| TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive, | Before: The Honorable Edward M. Chen Courtroom C, 15th Flr. |
| Defendants. | |

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
1

**STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Stonebrae L.P. and Defendants Toll Bros., Inc., and Toll Brothers, Inc., request that the Court enter an order rescheduling the initial Case Management Conference and adopting the schedule below.

**STIPULATION**

WHEREAS a Case Management Conference is currently scheduled in the above-captioned matter for April 23, 2008, at 10:30 a.m.;

WHEREAS a Joint Case Management Conference Statement is currently scheduled to be filed by April 16, 2008;

WHEREAS Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss are set for hearing on April 23, 2008, the result of which may render the initial Case Management Conference unnecessary; and

WHEREAS Defendants' lead counsel, Donald J. Putterman, Esq. of Kasowitz, Benson, Torres & Friedman LLP cannot attend the currently scheduled conference on April 23, 2008, as more fully described in the accompanying Declaration of Josef D. Cooper in Support of Stipulated Request and [Proposed] Order Continuing Initial Case Management Conference.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows, subject to approval by the Court:

The Case Management Conference set for April 23, 2008, is hereby rescheduled for Wednesday, June 11, 2008, at 1:30 p.m. The Joint Case Management Conference Statement shall be filed by June 4, 2008. The hearing on Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss shall proceed as scheduled on April 23, 2008 at 10:30 a.m.

IT IS SO STIPULATED.

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: April 11, 2008 | COOPER & KIRKHAM, P.C. |
| 2 | | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |

By: /s/ Josef D. Cooper
Josef D. Cooper
Attorneys for Plaintiff
STONEBRAE L.P.

Dated: April 11, 2008    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

TIMOTHY J. HOBAN, ESQ.

By: /s/ Donald J. Putterman
Donald J. Putterman
Attorneys for Defendants
TOLL BROS., INC., and
TOLL BROTHERS, INC.

### [PROPOSED] ORDER

This Court, having reviewed the Stipulated Request for Order, accompanying Stipulation of the parties, and the Declaration of Josef D. Cooper in Support, and good cause appearing therefore, orders that the initial Case Management Conference is hereby rescheduled to June 11, 2008, at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, Califonia 94102.  The Joint Case Management Conference Statement shall be filed by June 4, 2008.  The hearing on Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss shall proceed as scheduled on April 23, 2008 at 10:30 a.m.

IT IS SO ORDERED.

Date: April 11, 2008

Hon. Edward M. Chen
U.S.M.J.

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]