1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   Donald J. Putterman (SBN 90822)
2  E-Mail: dputterman@kasowitz.com
   Christopher J. McNamara (SBN 209205)
3  E-Mail: cmcnamara@kasowitz.com
   101 California Street, Suite 2050
4  San Francisco, CA  94111
   Telephone: (415) 421-6140
5  Facsimile: (415) 398-5030

6  TIMOTHY J. HOBAN (SBN 192461)
   Regional Counsel for Toll Bros., Inc.
7  E-Mail: thoban@tollbrothersinc.com
   725 Town & Country Road, Suite 500
8  Orange, CA  92868
   Telephone: (714) 347-1300
9  Facsimile: (714) 835-9683

10 Attorneys for Defendants
   TOLL BROS., INC., and
11 TOLL BROTHERS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>          Plaintiff,<br><br>     vs.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>          Defendants. | Case No. 08-CV-00221 EMC<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of the attorney referenced below as counsel in this case for Defendants TOLL BROS., INC., and TOLL BROTHERS, INC.

>    Christopher J. McNamara (SBN 209205)
>    Kasowitz, Benson, Torres & Friedman LLP
>    E-Mail: cmcnamara@kasowitz.com
>    101 California Street, Suite 2050
>    San Francisco, CA  94111

1
2
3
4
5
6
7
8
...
28

Telephone: (415) 421-6140
Facsimile: (415) 398-5030

DATED: April 17, 2008         KASOWITZ BENSON TORRES & FRIEDMAN LLP

By:     /S/_____
        Christopher J. McNamara
        Attorneys for Defendants
        TOLL BROS., INC., and
        TOLL BROTHERS, INC.