**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** April 23, 2008

**Case No:**     C08-0221 EMC          **FTR Time:**   11:24-12:12 p.m.

**Court Reporter**: Juanita Gonzalez
(925)978-3411

**Case Name:**     Stonebrae L.P. v. Toll Bros., et al.

**Attorneys:**  Philip Atkins-Patterson, Craig Pinedo, and Josef Cooper for Plaintiff
Christopher McNamara for Defendants

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

(1) PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT
(2) DEFENDANTS' MOTION TO DISMISS

**ORDERED AFTER HEARING:**

1 & 2) Court took matter under submission and will issue order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ x ]  Court

**Case continued to:**

**cc: EMC**