1  COOPER & KIRKHAM, P.C.
   JOSEF D. COOPER, Cal. Bar No. 53015
2  JOHN J. BOGDANOR, Cal. Bar No. 215830
   655 Montgomery Street, Suite 1700
3  San Francisco, California 94111
   Telephone:    415-788-3030
4  Facsimile:    415-882-7040
   E-Mail:       jdc@coopkirk.com
5                jjb@coopkirk.com

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
7     Including Professional Corporations
   PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
8  ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
   CRAIG A. PINEDO, Cal. Bar No. 191337
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
10 Telephone:    415-434-9100
   Facsimile:    415-434-3947
11 E-Mail:       patkinspattenson@sheppardmullin.com
                 afriedman@sheppardmullin.com
12               cpinedo@sheppardmullin.com

13 Attorneys for Plaintiff
   STONEBRAE L.P.

14

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>　　　　Defendants. | Case No. 08-CV-00221 EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGMENT CONFERENCE**<br><br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr. |

# STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Stonebrae L.P. and Defendants Toll Bros., Inc., and Toll Brothers, Inc., request that the Court enter an order rescheduling the initial Case Management Conference and adopting the schedule below.

## STIPULATION

WHEREAS a Case Management Conference is currently scheduled in the above-captioned matter for June 11, 2008, at 1:30 p.m.;

WHEREAS a Joint Case Management Conference Statement is currently scheduled to be filed by June 4, 2008;

WHEREAS the deadline for the parties to file an ADR Certification pursuant to ADR Local Rule 3-5 is currently May 21, 2008; and

WHEREAS Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss were heard and taken under submission on April 23, 2008, the result of which may render the initial Case Management Conference unnecessary.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows, subject to approval by the Court:

The Case Management Conference set for June 11, 2008, is hereby rescheduled for Wednesday, July 2, 2008, at 1:30 p.m. The Joint Case Management Conference Statement shall be filed by June 25, 2008. The Joint ADR Certification shall be filed by June 4, 2008.

IT IS SO STIPULATED.

Dated: May 20, 2008            COOPER & KIRKHAM, P.C.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
John J. Bogdanor
Attorneys for Plaintiff
STONEBRAE L.P.

Dated: May 20, 2008

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

TIMOTHY J. HOBAN, ESQ.

By: ___/s/ Christopher J. McNamara____
Christopher J. McNamara
Attorneys for Defendants
TOLL BROS., INC., and
TOLL BROTHERS, INC.

### [PROPOSED] ORDER

This Court, having reviewed the Stipulated Request for Order, accompanying Stipulation of the parties, and the Declaration of Josef D. Cooper in Support, and good cause appearing therefore, orders that the initial Case Management Conference is hereby rescheduled to July 2, 2008, at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, Califonia 94102.  The Joint Case Management Conference Statement shall be filed by June 25, 2008.  The Joint ADR Certification shall be filed by June 4, 2008.

IT IS SO ORDERED.

Date: _____, 2008   _____
Hon. Edward M. Chen
U.S. Magistrate Judge