COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
JOHN J. BOGDANOR, Cal. Bar No. 215830
655 Montgomery Street, Suite 1700
San Francisco, California 94111
Telephone:    415-788-3030
Facsimile:    415-882-7040
E-Mail:        jdc@coopkirk.com
              jjb@coopkirk.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-Mail:        patkinspattenson@sheppardmullin.com
              afriedman@sheppardmullin.com
              cpinedo@sheppardmullin.com

Attorneys for Plaintiff
STONEBRAE L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>Defendants. | Case No. 08-CV-00221 EMC<br><br>**DECLARATION OF JOSEF D. COOPER IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGMENT CONFERENCE**<br><br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr. |

DECLARATION OF JOSEF D. COOPER IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGMENT CONFERENCE

1

I, Josef D. Cooper, declare:

1. I am one of the principals of the law firm Cooper & Kirkham, P.C., one of the counsel for Plaintiff Stonebrae L.P. in this action. I make this Declaration in support of the Stipulation and [Proposed] Order Continuing Initial Case Management Conference based upon my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. The parties request this continuance because the result of Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss, heard and taken under submission on April 23, 2008, may render the Case Management Conference unnecessary. Further, the deadline for the parties to file an ADR Certification pursuant to ADR Local Rule 3-5 is currently May 21, 2008.

3. The requested continuance will have the effect of rescheduling the date for the Case Management Conference from June 11, 2008 to July 2, 2008 and the deadline to file the Joint Case Management Conference Statement from June 4, 2008 to June 25, 2008.

4. This Court has previously modified the following times:

    a. Defendants' deadline to file a responsive pleading to the Amended Complaint was extended from January 30, 2008 to February 13, 2008 pursuant to the Stipulation to Extend Deadline for Defendants to Respond to Amended Complaint, filed January 29, 2008 and entered by the Court on February 1, 2008;

    b. Defendants' deadline to file responsive pleadings to the Amended Complaint was extended from February 13, 2008 to February 20, 2008 pursuant to the Stipulation and Order Extending Deadline for Defendants to Respond to Amended Complaint, filed February 11, 2008 and entered by the Court on February 12, 2008;

    c. The hearing on Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss was continued from March 26, 2008 to April 23, 2008 at 10:30 a.m. pursuant to the Stipulation and Order Continuing Hearing on Motions to Remand and to Dismiss, filed March 21, 2008 and entered by the Court on March 25, 2008;

    d. The Case Management Conference set for April 23, 2008 at 1:30 p.m.

DECLARATION OF JOSEF D. COOPER IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGMENT CONFERENCE
2

1  was reset for April 23, 2008 at 10:30 a.m. pursuant to Clerk's Notice entered March 25, 2008; and

2        e.    The Case Management Conference set for April 23, 2008 at 1:30 p.m. was reset for June 11, 2008 at 1:30 p.m. pursuant to the Stipulated Request and Order Continuing Initial Case Management Conference, filed April 11, 2008 and entered by the Court on April 11, 2008.

      I declare, under penalty of perjury, that the foregoing is true and correct. Executed this _20_ th day of May, 2008, at San Francisco, California.

_____
JOSEF D. COOPER