COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
JOHN J. BOGDANOR, Cal. Bar No. 215830
655 Montgomery Street, Suite 1700
San Francisco, California 94111
Telephone:    415-788-3030
Facsimile:    415-882-7040
E-Mail:       jdc@coopkirk.com
              jjb@coopkirk.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-Mail:       patkinspattenson@sheppardmullin.com
              afriedman@sheppardmullin.com
              cpinedo@sheppardmullin.com

Attorneys for Plaintiff
STONEBRAE L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>        Plaintiff,<br><br>    v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>        Defendants. | Case No. 08-CV-00221 EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGMENT CONFERENCE**<br><br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr. |

**STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Stonebrae L.P. and Defendants Toll Bros., Inc., and Toll Brothers, Inc., request that the Court enter an order rescheduling the initial Case Management Conference and adopting the schedule below.

**STIPULATION**

WHEREAS a Case Management Conference is currently scheduled in the above-captioned matter for June 11, 2008, at 1:30 p.m.;

WHEREAS a Joint Case Management Conference Statement is currently scheduled to be filed by June 4, 2008;

WHEREAS the deadline for the parties to file an ADR Certification pursuant to ADR Local Rule 3-5 is currently May 21, 2008; and

WHEREAS Plaintiff's Motion to Remand and Defendant Toll Brothers, Inc.'s Motion to Dismiss were heard and taken under submission on April 23, 2008, the result of which may render the initial Case Management Conference unnecessary.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows, subject to approval by the Court:

The Case Management Conference set for June 11, 2008, is hereby rescheduled for Wednesday, July 2, 2008, at 1:30 p.m. The Joint Case Management Conference Statement shall be filed by June 25, 2008. The Joint ADR Certification shall be filed by June 4, 2008.

IT IS SO STIPULATED.

Dated: May 20, 2008                COOPER & KIRKHAM, P.C.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
John J. Bogdanor
Attorneys for Plaintiff
STONEBRAE L.P.

---
STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
2

1  Dated: May 20, 2008                    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                          TIMOTHY J. HOBAN, ESQ.


                                          By:   ___/s/ Christopher J. McNamara____
                                                Christopher J. McNamara
                                                Attorneys for Defendants
                                                TOLL BROS., INC., and
                                                TOLL BROTHERS, INC.

## [PROPOSED] ORDER

This Court, having reviewed the Stipulated Request for Order, accompanying Stipulation of the parties, and the Declaration of Josef D. Cooper in Support, and good cause appearing therefore, orders that the initial Case Management Conference is hereby rescheduled to July 2, 2008, at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, Califonia 94102. The Joint Case Management Conference Statement shall be filed by June 25, 2008. The Joint ADR Certification shall be filed by June 4, 2008.

IT IS SO ORDERED.

Date: ____May 21_____, 2008

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*IT IS SO ORDERED*
*/s/ Judge Edward M. Chen*

---
STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
3