**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** July 2, 2008

**Case No:** C08-0221 EMC      **FTR Time:**   1:35-1:42 p.m.

**Case Name:** Stonebrae L.P. v. Toll Bros., et al.

   **Attorneys:**   Phil Atkins-Patterson, Josef Cooper, and Craig Pinedo for Plaintiff
              Chris McNamara and Don Putterman for Defendants

   **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

   CMC - Held

**ORDERED AFTER HEARING:**

10-day jury trial set for 7/19/2010 at 8:30 a.m.  This case has already been referred for private mediation.  Private mediation shall be completed by 12/12/2008.   Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 1/14/2009 at 2:30 p.m. for Further Status Conference.  An updated Status Conference Statement shall be filed on or before 1/7/2009.

cc: EMC