COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
JOHN J. BOGDANOR, Cal. Bar No. 215830
357 Tehama Street, 2nd Floor
San Francisco, California 94103
Telephone:    415-788-3030
Facsimile:    415-882-7040
E-Mail:       jdc@coopkirk.com
              jjb@coopkirk.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-Mail:       patkinspattenson@sheppardmullin.com
              afriedman@sheppardmullin.com
              cpinedo@sheppardmullin.com

Attorneys for Plaintiff
STONEBRAE L.P.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>    Defendants. | Case No. 08-CV-00221 EMC<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**<br><br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr. |

---

NOTICE OF CHANGE OF ADDRESS OF COUNSEL

1

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT the firm of Cooper & Kirkham, P.C., one of the counsel for Plaintiff in the above-captioned action, has changed its address to the following:

> Josef D. Cooper, Cal. Bar No. 53015
> Tracy R. Kirkham, Cal. Bar No. 69913
> John J. Bogdanor, Cal. Bar No. 215830
> COOPER & KIRKHAM, P.C.
> 357 Tehama Street, 2nd Floor
> San Francisco, California  94103
> Telephone:   415-788-3030
> Facsimile:   415-882-7040
> E-Mail:   jdc@coopkirk.com
>           trk@coopkirk.com
>           jjb@coopkirk.com

Please revise your records to reflect this updated contact information.

Dated: September 9, 2008            COOPER & KIRKHAM, P.C.


                                    By:   _____/s/_____
                                      Josef D. Cooper
                                      Attorneys for Plaintiff
                                      STONEBRAE L.P.