| | |
|---|---|
| 1 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | Donald J. Putterman (SBN 90822) |
| 2 | E-Mail: dputterman@kasowitz.com |
| | Christopher J. McNamara (SBN 209205) |
| 3 | E-Mail: cmcnamara@kasowitz.com |
| | 101 California Street, Suite 2050 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 421-6140 |
| 5 | Facsimile: (415) 398-5030 |
| 6 | TIMOTHY J. HOBAN (SBN 192461) |
| | Regional Counsel for Toll Bros., Inc. |
| 7 | E-Mail: thoban@tollbrothersinc.com |
| | 725 Town & Country Road, Suite 500 |
| 8 | Orange, CA 92868 |
| | Telephone: (714) 347-1300 |
| 9 | Facsimile: (714) 835-9683 |
| 10 | Attorneys for Defendants |
| | TOLL BROS., INC., and |
| 11 | TOLL BROTHERS, INC. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership, | Case No. 08-CV-00221 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT TO FILE A FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |
| vs. | |
| TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff Stonebrae L.P. ("Stonebrae") and Defendant Toll Bros., Inc. ("Toll") hereby stipulate that Defendant Toll may file a First Amended Answer, Affirmative Defenses, and Counterclaims.

**STIPULATION**

WHEREAS Plaintiff Stonebrae filed a First Amended Complaint ("Complaint") in this matter on January 15, 2008;

WHEREAS Defendant Toll filed an Answer, Affirmative Defenses, and Counterclaims

---

1
Stipulation and [Proposed] Order to Allow Toll to File First Amended Answer; Case No. 08-CV-00221-EMC

1 of Defendant Toll Bros., Inc., to Complaint on February 20, 2008;

2   WHEREAS the trial in this matter is set for July 19, 2010;

3   WHEREAS Defendant Toll desires to file a First Amended Answer, Affirmative

4 Defenses, and Counterclaims to assert additional affirmative defenses and counterclaims;

5   WHEREAS Plaintiff Stonebrae has agreed that Toll may file the First Amended Answer,

6 Affirmative Defenses, and Counterclaims of Defendant Toll Bros., Inc., to Complaint, a copy of

7 which is attached hereto as Exhibit A (without exhibits).

8   IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and

9 their respective undersigned attorneys, as follows:

10   Toll may file the First Amended Answer, Affirmative Defenses, and Counterclaims of

11 Defendant Toll Bros., Inc., to Complaint;

12   Stonebrae shall have 30 days from the filing date to file a response to the First Amended

13 Answer, Affirmative Defenses, and Counterclaims of Defendant Toll Bros., Inc., to Complaint.

15   IT IS SO STIPULATED.

16 DATED: September 18, 2008        KASOWITZ BENSON TORRES & FRIEDMAN LLP

18        By:     /s/ Christopher J. McNamara
                  Christopher J. McNamara
                  Attorneys for Defendants
19                TOLL BROS., INC.

20

21 DATED: September 18, 2008        COOPER & KIRKHAM, P.C.

22        By:     /s/ Josef D. Cooper
                  Josef D. Cooper
23                Attorneys for Plaintiff
                  STONEBRAE L.P.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September __23__, 2008

By: _____
Hon. Edward M. Chen
U.S. Magistrate Judge