```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-Mail:       patkinspattenson@sheppardmullin.com
              afriedman@sheppardmullin.com
              cpinedo@sheppardmullin.com

COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
TRACY R. KIRKHAM, Cal. Bar. No. 69913
655 Montgomery Street, Suite 1700
San Francisco, California  94111
Telephone:    415-788-3030
Facsimile:    415-882-7040
E-Mail:       jdc@coopkirk.com
              trk@coopkirk.com

Attorneys for Plaintiff
STONEBRAE L.P.
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>        Plaintiff,<br><br>   vs.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>        Defendants. | Case No. 08-CV-00221 EMC<br><br>**E-FILED**<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO THE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS OF DEFENDANT TOLL BROS., INC., TO COMPLAINT** ; ORDER<br><br>[L.R. 6-1(a)]<br><br>Before: The Hon. Edward Chen<br>Courtroom C, 15th Floor |

By and through their attorneys of record, the parties hereby stipulate and agree as

1 follows:

2     (1)    Defendant Toll Bros., Inc.'s First Amended Answer, Affirmative Defenses and

3 Counterclaims To Complaint ("Amended Counterclaims"), was filed on September 23, 2008.

4     (2)    The deadline for Plaintiff Stonebrae L.P. ("Plaintiff") to file its responsive

5 pleading to Toll Bros., Inc.'s Amended Counterclaims is October 23, 2008.

6     (3)    Pursuant to agreement of the parties and Local Rule 6-1(a), Plaintiff's deadline to

7 file a responsive pleading to the Amended Counterclaims shall be extended to October 30, 2008.

8     IT IS SO STIPULATED.

9 DATED: October 21, 2008    KASOWITZ BENSON TORRES & FRIEDMAN LLP

11     By:    /s/ Christopher J. McNamara
    Christopher J. McNamara
12     Attorneys for Defendants
    TOLL BROS., INC., and
    TOLL BROTHERS, INC.

14 DATED: October 21, 2008    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

16     By:    /s/ Craig A. Pinedo
    Craig A. Pinedo
17     Attorneys for Plaintiff
    STONEBRAE L.P.

19 IT IS SO ORDERED:

21 _____
Edward M. Chen
22 U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*