KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Donald J. Putterman (SBN 90822)
E-Mail: dputterman@kasowitz.com
Christopher J. McNamara (SBN 209205)
E-Mail: cmcnamara@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

TIMOTHY J. HOBAN (SBN 192461)
Regional Counsel for Toll Bros., Inc.
E-Mail: thoban@tollbrothersinc.com
725 Town & Country Road, Suite 500
Orange, CA 92868
Telephone: (714) 347-1300
Facsimile: (714) 835-9683

Attorneys for Defendants
TOLL BROS., INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>        Plaintiff,<br><br>   vs.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>        Defendants. | Case No. 08-CV-00221 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

Plaintiff Stonebrae L.P. ("Stonebrae") and Defendant Toll Bros., Inc. ("Toll") hereby stipulate to the following:

**STIPULATION**

WHEREAS Plaintiff Stonebrae filed a First Amended Complaint in this matter on January 15, 2008;

WHEREAS Toll filed an Answer, Affirmative Defenses, and Counterclaims of Defendant Toll Bros., Inc., to Complaint on February 20, 2008;

---
1
Stipulation and [Proposed] Regarding Briefing Schedule; Case No. 08-CV-00221-EMC

1  WHEREAS Toll filed a First Amended Answer, Affirmative Defenses, And
2  Counterclaims of Defendant Toll Bros., Inc. to Complaint on September 23, 2008 ("First
3  Amended Answer");

4  WHEREAS on October 30, 2008, Stonebrae filed a Motion to Strike Thirteenth
5  Affirmative Defense and Dismiss Fourth Claim for Relief of Defendant Toll Bros., Inc., and a
6  separate Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) (collectively "Stonebrae's Motions"),
7  which are currently set to be heard on December 10, 2008, at 3:00 p.m.;

8  WHEREAS Toll intends to file a motion for partial summary adjudication on its
9  thirteenth affirmative defense and fourth counterclaim for relief;

10  WHEREAS it is in the interest of judicial efficiency for Toll's motion for partial
11  summary adjudication to be heard at the same time as Stonebrae's Motions.

12  IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and
13  their respective undersigned attorneys, as follows:

14  The hearing on Stonebrae's Motions shall be continued from December 10, 2008, at 3:00
15  p.m. until January 14, 2009, at 10:30 a.m.;

16  The hearing on Toll's motion for partial summary judgment shall also be heard on
17  January 14, 2009, at 10:30 a.m.;

18  Toll shall file its oppositions to Stonebrae's Motions and Toll's moving papers on Toll's
19  motion for partial summary judgment on or before November 26, 2008;

20  Stonebrae shall file its replies on Stonebrae's Motions and its opposition to Toll's motion
21  for partial summary judgment on or before December 19, 2008.

22  Toll shall file its reply on its motion for partial summary judgment on or before
23  December 31, 2008.

24  IT IS SO STIPULATED.

25  DATED: November 12, 2008        KASOWITZ BENSON TORRES & FRIEDMAN LLP

26
27                                  By:    /s/ Christopher J. McNamara
                                           Christopher J. McNamara
                                           Attorneys for Defendants
28                                         TOLL BROS., INC.

DATED: November 12, 2008   COOPER & KIRKHAM, P.C.

By:   /s/ Josef D. Cooper
      Josef D. Cooper
      Attorneys for Plaintiff
      STONEBRAE L.P.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November _17_, 2008

By: _____
    Hon. Edward M. Chen
    U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California seal)*