COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
TRACY R. KIRKHAM, Cal. Bar No. 69913
JOHN J. BOGDANOR, Cal. Bar No. 215830
357 Tehama Street, Second Floor
San Francisco, California 94103
Telephone:   415-788-3030
Facsimile:   415-882-7040
E-Mail:      jdc@coopkirk.com
             trk@coopkirk.com
             jjb@coopkirk.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947
E-Mail:      patkinspattenson@sheppardmullin.com
             afriedman@sheppardmullin.com
             cpinedo@sheppardmullin.com

Attorneys for Plaintiff
STONEBRAE L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>              Plaintiff,<br><br>        v.<br><br>TOLL BROS., INC., a Pennsylvania corporation; TOLL BROTHERS, INC., a Delaware corporation; DOES 1 through 15, inclusive,<br><br>              Defendants. | Case No. 08-CV-00221 EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE PRIVATE MEDIATION**<br><br>Before: The Honorable Edward M. Chen<br>Courtroom C, 15th Flr. |

## STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE
## TO COMPLETE PRIVATE MEDIATION

Pursuant to Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Stonebrae L.P. ("Stonebrae") and Defendant Toll Bros., Inc. ("Toll") request that the Court enter an order extending the deadline to complete private mediation and adopting the schedule below.

## STIPULATION

WHEREAS Toll filed a First Amended Answer, Affirmative Defenses, And Counterclaims of Defendant Toll Bros., Inc. to Complaint on September 23, 2008 ("First Amended Answer");

WHEREAS on October 30, 2008, Stonebrae filed a Motion to Strike Thirteenth Affirmative Defense and Dismiss Fourth Claim for Relief of Defendant Toll Bros., Inc., and a separate Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) (collectively "Stonebrae's Motions");

WHEREAS Toll filed its opposition to Stonebrae's Motion to Strike Thirteenth Affirmative Defense and Dismiss Fourth Claim for Relief and a Motion for Summary Judgment on November 25, 2008, and intends to file its opposition to Stonebrae's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) on or before November 26, 2008;

WHEREAS the hearing on Stonebrae's Motions and Toll's Motion for Summary Judgment shall be heard on January 14, 2009, at 10:30 a.m.;

WHEREAS the deadline for the parties to complete private mediation pursuant to the Case Management and Pretrial Order for Jury Trial is currently December 12, 2008; and

WHEREAS the briefing on the parties' motions may be of assistance to the mediation.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows, subject to approval by the Court:

The deadline for the parties to complete private mediation pursuant to the Case Management and Pretrial Order for Jury Trial heretofore set for December 12, 2008, is hereby extended to February 13, 2009.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: November 25, 2008 | COOPER & KIRKHAM, P.C. | |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | |
| | | |
| | By:   /s/ Josef D. Cooper<br>    Josef D. Cooper<br>    Attorneys for Plaintiff<br>    STONEBRAE L.P. | |
| Dated: November 25, 2008 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | |
| | TIMOTHY J. HOBAN, ESQ. | |
| | By:   /s/ Christopher J. McNamara<br>    Christopher J. McNamara<br>    Attorneys for Defendants<br>    TOLL BROS., INC. | |

## **ATTESTATION OF FILING**

Pursuant to General Order No. 45 § X (B), I hereby attest that I have obtained concurrence in the service and filing of this Stipulation with electronic signatures from all of the parties listed in the signature blocks above.

          /s/ Josef D. Cooper
          Josef D. Cooper

## **[PROPOSED] ORDER**

This Court, having reviewed the Stipulated Request for Order, accompanying Stipulation of the parties, and the Declaration of Josef D. Cooper in Support, and good cause appearing therefore, orders that the deadline for the parties to complete private mediation is hereby extended to February 13, 2009.

IT IS SO ORDERED.

Date: _____December 9_____, 2008     _____
                                                    Hon. Edward M. Chen
                                                    U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California seal)*