1  DONALD J. PUTTERMAN (State Bar No. 90822)
   E-Mail: *dputterman@kasowitz.com*
2  Christopher J. McNamara (SBN 209205)
   E-Mail: cmcnamara@kasowitz.com
3  Margaret A. Ziemianek (SBN 233418)
   E-Mail: mziemianek@kasowitz.com
4  KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
   101 California Street, Suite 2050
5  San Francisco, CA 94111
   Telephone: (415) 421-6140
6  Facsimile: (415) 398-5030

7  TIMOTHY J. HOBAN (State Bar No. 192461)
   E-Mail: *thoban@tollbrothersinc.com*
8  REGIONAL COUNSEL FOR TOLL BROS., INC.
   725 Town & Country Road, Suite 500
9  Orange, California 92868
   Telephone:    (714) 347-1300
10 Facsimile:    (714) 835-9683

11 Attorneys for Defendants
   TOLL BROS., INC., a Pennsylvania corporation
12

13         **IN THE UNITED STATES DISTRICT COURT**

14       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                  **(SAN FRANCISCO DIVISION)**

16

17

18 STONEBRAE L.P., a Delaware limited          ) CASE NO. C08-00221-EMC
   partnership,                                )
19                                             ) **STIPULATION AND [~~PROPOSED~~]**
              Plaintiff,                        ) **ORDER CONTINUING HEARING ON**
20                                             ) **(1) PLAINTIFF'S MOTION FOR**
         v.                                    ) **SUMMARY JUDGMENT; AND**
21                                             ) **(2) DEFENDANT'S CROSS-MOTION**
   TOLL BROS., INC., a Pennsylvania            ) **FOR PARTIAL SUMMARY JUDGMENT**
22 corporation; TOLL BROTHERS, INC., a         )
   Delaware corporation; DOES 1 through 15,    ) [L.R. 6-1(a)]
   inclusive,                                  )
23                                             ) Before: The Honorable Edward M. Chen
              Defendants.                       ) Courtroom C, 15th Flr.
24                                             )
                                               ) Date of Removal: January 11, 2008
25                                             )

26

27

28

_____
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND
DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

1

1      BY AND THROUGH THEIR ATTORNEYS OF RECORD, the parties hereby stipulate

2  and agree as follows:

3      (1)      The hearing on Plaintiff's Motion for Summary Judgment (Docket Nos. 65 and

4  90) and Defendant's Cross-Motion for Partial Summary Judgment (Docket No. 71) have been

5

6  fully briefed and currently are set for hearing by this Court on Wednesday, March 25, 2009;

7      (2)      Counsel for Toll Bros, Inc., Donald J. Putterman,  Christopher J. McNamara and

8  Margaret A. Ziemianeck will be in trial before the Hon. Samuel Conte the entire week of

9  March 23, 2009; and

10     (3)      Pursuant to agreement of the parties and with approval by and Order of this

11  Court, the hearing on Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion

12  for Partial Summary Judgment shall be continued to April 15, 2009 at 10:30 a.m.

13     IT IS SO STIPULATED.

14

15

16  Dated: March 18, 2009          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

17                                 TIMOTHY J. HOBAN, ESQ

18

19                                 By:   /s/  Margaret A. Ziemianek
                                         Margaret A. Ziemianek
20                                       Attorneys for Defendants
                                         TOLL BROS., INC., a Pennsylvania corporation, and
21                                       TOLL BROTHERS, INC., a Delaware corporation

22

23  DATED: March  19, 2009         SHEPPARD, MULLIN, RICHTER & HAMPTON
                                   LLP
24
                                   COOPER & KIRKHAM, P.C.
25

26
                                   By:      /s/ Philip F. Atkins-Pattenson
27                                       Philip F. Atkins-Pattenson
                                         Attorneys for Plaintiff
28                                       STONEBRAE L.P.

_____
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND
DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
2

# [PROPOSED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES,

IT IS SO ORDERED.

Date: _____March 20_____, 2009          _____

Hon. Ed

U.S. Ma

IT IS SO ORDERED

Judge Edward M. Chen

---

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND
DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

3