SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
CRAIG A. PINEDO, Cal. Bar No. 191337
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-Mail:        patkinspattenson@sheppardmullin.com
               afriedman@sheppardmullin.com
               cpinedo@sheppardmullin.com

COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
TRACY R. KIRKHAM, Cal. Bar No. 69913
JOHN D. BOGDANOV, Cal. Bar No. 215830
357 Tehama Street, 2nd Floor
San Francisco, CA 94103-4169
Telephone:    415-788-3030
Facsimile:    415-882-7040
E-Mail:        jdc@coopkirk.com
               trk@coopkirk.com
               jdv@coopkirk.com

Attorneys for Plaintiff and Counter-Defendant
STONEBRAE L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>            Plaintiff,<br><br>    v.<br><br>TOLL BROS., INC.; a Pennsylvania corporation; TOLL BROTHERS, INC., a Pennsylvania corporation; DOES 1 through 15, inclusive,<br><br>            Defendants. | Case No. C 08-00221-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE STONEBRAE L.P.'S PARTIAL SUMMARY JUDGMENT MOTION (DKT. # # 149 -151)**<br><br>Trial Date:        February 28, 2010 |

Plaintiff and Counter-Defendant Stonebrae L.P. ("Stonebrae) and Defendant and Counter-Claimant Toll Bros., Inc. ("Toll"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On or about February 16, 2010, Stonebrae filed a motion for partial summary judgment. (Dkt. ## 149-151.) That motion addresses four issues: (i) construction of a permanent clubhouse; (ii) reduction of 3.25 acres of public park spaces; (iii) construction of "high quality amenities"; and (iv) issuance by the City of Hayward to Toll of 10 building permits. (Dkt. # 149, at p. 1.)

2. The Court continued the hearing on the motion to May 12, 2010.

3. On April 8, 2010, the Court issued its ruling on Stonebrae's motion to dismiss Toll's Counterclaim for breach of the implied covenant of good faith and fair dealing. (Dkt. # 164.)

4. On April 15, 2010, Toll's counsel wrote Stonebrae's counsel advising that Toll was no longer pursuing a claim that Stonebrae breached the Village B Purchase Agreement based on the reduction of 3.25 acres of public parks or the City of Hayward's failure to issue 10 building permits by the scheduled closing date. A true and correct copy of Toll's April 15, 2010 letter is attached hereto as Exhibit A.

5. Toll's withdrawal of its claim that the reduction in the public park space or the City's failure to issue 10 building permits was an event of default entitling Toll to terminate the Village B Purchase Agreement moots those issues in Stonebrae's pending motion for partial summary judgment. (Dkt. # 149.)

6. With respect to the remaining two issues (i.e., construction of a permanent clubhouse or other "high quality amenities"), in light of the Court's ruling on Stonebrae's motion to dismiss (Dkt. # 164), Stonebrae agrees to withdraw its motion for partial summary judgment as to those issues, without prejudice to its right to move for partial summary judgment on these issues at a future date.

7. This Stipulation resolves Stonebrae's pending motion for partial summary judgment. (Dkt. # 149.)

Dated: April 19, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

COOPER & KIRKHAM P.C.

By      */s/ Philip F. Atkins-Pattenson*
         PHILIP F. ATKINS-PATTENSON

Attorneys for Plaintiff and Counter-Defendant
STONEBRAE L.P.

Dated: April 19, 2010

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By      */s/ Christopher J. McNamara*
         CHRISTOPHER J. MCNAMARA

Attorneys for Defendant and Counter-Claimant
TOLL BROS., INC.

### **ORDER**

Having considered the foregoing Stipulation, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the parties' Stipulation is approved.

IT IS FURTHER ORDERED that Stonebrae's pending motion for partial summary judgment is decided on the basis set forth in the Stipulation, and the hearing date of May 12, 2010 is vacated.

Dated: 4/20/10  _____
The Honorable Edward M. Chen
MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---

Case No. C 08-00221-EMC
W02-WEST:FAP\402592600.1

STIPULATION AND ORDER RE MOTION FOR PARTIAL SUMMARY JUDGMENT

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP

101 CALIFORNIA STREET

SUITE 2300

SAN FRANCISCO, CALIFORNIA 94111

415-421-6140

FACSIMILE: 415-398-5030

ATLANTA
HOUSTON
MIAMI
NEWARK
NEW YORK

April 15, 2010

**Via Email and First Class Mail**

Phillip F. Atkins-Pattenson
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

Re:   *Stonebrae L.P. v. Toll Bros., Inc.*; Case No. 08-0221-EMC

Dear Phil:

This is a follow up to our telephone conversation on Monday regarding Stonebrae's motion for partial summary judgment.

This will confirm that Toll is not asserting a claim or affirmative defense based on Stonebrae's removal of the 3.25 acres of parks from Village B or the City's failure to issue ten building permits prior to the scheduled closing date.

Please confirm that Stonebrae will withdraw its motion for partial summary judgment. As we discussed on Monday, in light of the Court's ruling on Stonebrae's motion to dismiss and Toll's confirmation that it is not pursuing claims based on the parks or the building permits, Stonebrae's motion should be withdrawn without prejudice to bringing it again at a later date.

Please let me know by the close of business today if Stonebrae will not withdraw its motion so that we may proceed accordingly.

Yours truly,

Christopher J. McNamara

cc:   Joseph D. Cooper
      Tracy R. Kirkham

EXHIBIT A