KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Donald J. Putterman (SBN 90822)
E-mail: dputterman@kasowitz.com
Christopher J. McNamara (SBN 209205)
E-mail: cmcnamara@kasowitz.com
Emily de Ayora (SBN 250349)
E-mail: edeayora@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

TIMOTHY J. HOBAN (SBN 192461)
Regional Counsel for Toll Bros., Inc.
E-mail: thoban@tollbrothersinc.com
725 Town & Country Road, Suite 500
Orange, California 92868
Telephone: (714) 347-1300
Facsimile: (714) 835-9683

Attorneys for Defendant
TOLL BROS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC., a Pennsylvania Corporation,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No. 08-cv-00221 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Edward Chen<br>Trial Date: February 28, 2011 |

Defendant Toll Bros., Inc., ("Toll") filed a Motion for Partial Summary Judgment (the "Motion") on September 1, 2010. (Dkt. # 192.) The hearing on the Motion was initially set for October 6, 2010, and was reset by the Court to October 7, 2010. (Dkt. # 196.) On September 3, 2010, Plaintiff Stonebrae L.P. ("Stonebrae") filed an administrative motion to defer the Motion until after the close of discovery. (Dkt. # 197.) On September 8, 2010, the Court granted in part and denied in part Stonebrae's administrative motion. (Dkt. # 202.) The Court found that some

1  deferral was reasonable, particularly in light of the fact that the deposition of James Boyd was not
2  scheduled to take place until September 30, 2010.  The Court continued the hearing on the Motion
3  to October 27, 2010, and ordered that Stonebrae's opposition brief be filed by October 6, 2010,
4  and Toll's reply brief be filed by October 13, 2010.

5       Due to unanticipated family health issues, Mr. Boyd is not able to appear for deposition on
6  September 30, 2010.  The parties have agreed that the deposition of Mr. Boyd will take place on
7  October 5, 2010.  The parties have also agreed to continue the hearing on the Motion to November
8  3, 2010, and to modify the briefing schedule accordingly.

9       IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and
10  their respective undersigned attorneys, as follows:

11       The hearing on Toll's Motion for Partial Summary Judgment is continued to November 3,
12  2010, at 10:30 a.m.  Stonebrae's opposition brief shall be filed by October 13, 2010.  Toll's reply
13  brief shall be filed by October 20, 2010.

14

15  DATED:  September 16, 2010     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

16

17
18       By: /s/ Christopher J. McNamara
         Christopher J. McNamara
         Attorneys for Defendant
19       TOLL BROS., INC.

20  DATED:  September 16, 2010     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21

22       By: /s/ Philip Atkins-Pattenson
         Philip Atkins-Pattenson
23       Attorneys for Plaintiff
         STONEBRAE L.P

24

25
26  PURSUANT TO STIPULATION, IT IS SO ORDERED.

    DATED:  September __17__, 2010
27       Edward M. Chen
         United States District Judge
28

*IT IS SO ORDERED — Judge Edward M. Chen*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111