UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONEBRAE, L.P., | No. C-08-0221 EMC |
| Plaintiff, | |
| v. | **ORDER RE PAGE LIMITS ON PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| TOLL BROS., INC., *et al.*, | |
| Defendants. | **(Docket No. 216)** |

Plaintiff has filed letter brief, dated October 20, 2010, in which it states that it intends to file four separate motions for partial summary judgment and in which it provides a brief description of each motion. Having reviewed that letter and having considered all other evidence of record, the Court hereby concludes that page limits for the motions are appropriate. More specifically, the Court orders that each opening brief and opposition brief shall be no longer than 15 pages. Each reply brief shall be no longer than 7 pages.

IT IS SO ORDERED.

Dated: October 21, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge