KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Donald J. Putterman (SBN 90822)
E-mail: dputterman@kasowitz.com
Christopher J. McNamara (SBN 209205)
E-mail: cmcnamara@kasowitz.com
Emily de Ayora (SBN 250349)
E-mail: edeayora@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

TIMOTHY J. HOBAN (SBN 192461)
Regional Counsel for Toll Bros., Inc.
E-mail: thoban@tollbrothersinc.com
725 Town & Country Road, Suite 500
Orange, California 92868
Telephone: (714) 347-1300
Facsimile: (714) 835-9683

Attorneys for Defendant and Counter-Claimant
TOLL BROS., INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOLL BROS, INC., a Pennsylvania Corporation, TOLL BROTHERS, INC., a Delaware corporation, DOES 1 through 15, inclusive,<br><br>　　　　　Defendants.<br><br>And Related Counterclaims. | Case No. 08-cv-00221 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY**<br><br>Judge: Hon. Edward Chen<br>Trial Date: February 28, 2011 |

---

Stipulation Extending Deadline For Rebuttal Expert Reports And Expert Discovery; Case No. 08-cv-00221 EMC

Plaintiff Stonebrae L.P. and Defendant Toll Bros., Inc. hereby stipulate to the following:

**STIPULATION**

WHEREAS on April 6, 2010, the Court entered the Third Amended Case Management And Pretrial Order For Jury Trial;

WHEREAS the current deadline for disclosure of rebuttal experts and reports is October 25, 2010;

WHEREAS the current deadline for close of all expert discovery is November 8, 2010;

WHEREAS the parties have agreed to extend the deadline for both the disclosure of rebuttal experts and reports, and the deadline for close of all expert discovery.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows:

1. The last date for disclosure of rebuttal experts and rebuttal expert reports shall be October 29, 2010.

2. The last date for close of all expert discovery shall be November 19, 2010.

DATED: October 21, 2010         KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By:  /s/ Christopher J. McNamara
     Christopher J. McNamara
Attorneys for Defendant and Counter-Claimant
TOLL BROS., INC.

DATED: October 21, 2010         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By:  /s/ Philip Atkins-Pattenson
     Philip Atkins-Pattenson
Attorneys for Plaintiff and Counter-Defendant
STONEBRAE L.P

1

Stipulation Extending Deadline For Rebuttal Expert Reports And Expert Discovery; Case No. 08-cv-00221 EMC

1
2  It is so ordered.
3
4  DATED: 10/25/10  _____
5


KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

8076921

2

Stipulation Extending Deadline For Rebuttal Expert Reports And Expert Discovery; Case No. 08-cv-00221 EMC