SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:     415-434-3947
E-Mail:         patkinspattenson@sheppardmullin.com
                    afriedman@sheppardmullin.com

COOPER & KIRKHAM, P.C.
JOSEF D. COOPER, Cal. Bar No. 53015
TRACY R. KIRKHAM, Cal. Bar No. 69913
357 Tehama Street, 2nd Floor
San Francisco, CA 94103-4169
Telephone:    415-788-3030
Facsimile:     415-882-7040
E-Mail:         jdc@coopkirk.com
                    trk@coopkirk.com

Attorneys for Plaintiff and Counter-Defendant
STONEBRAE L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC.; a Pennsylvania corporation; TOLL BROTHERS, INC., a Pennsylvania corporation; DOES 1 through 15, inclusive,<br><br>Defendants. | Case No. C 08-00221-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE:**<br><br>**(1) REVISIONS TO BRIEFING AND HEARING SCHEDULE ON STONEBRAE L.P.'S MOTIONS FOR AWARD OF ATTORNEYS' FEE AND COSTS AND FOR DETERMINATION OF PRE-JUDGMENT INTEREST**<br><br>**(2) MODIFICATION OF PAGE LIMITS ON STONEBRAE L.P.'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Trial Date:  February 28, 2011<br>                    [Vacated] |

-1-

Case No. C 08-00221-EMC
W02-WEST:FAP\403142810.1

STIPULATION AND [PROPOSED] ORDER RE
REVISED BRIEFING/HEARING SCHEDULE ON
STONEBRAE L.P.'S MOTIONS FOR ATTORNEYS'
FEES AND COSTS, AND PRE-JUDGMENT
INTEREST; PAGE LIMITS

1  Plaintiff and Counter-Defendant Stonebrae L.P. ("Stonebrae") and Defendant and
2  Counter-Claimant Toll Bros., Inc. ("Toll"), by and through their attorneys of record,
3  hereby stipulate and agree as follows:
4      1.    At the November 3, 2010 Status Conference, a briefing and hearing schedule
5  was established for resolution of Stonebrae's motion for attorneys' fees and costs and
6  determination of pre-judgment interest.  (Dkt. # 249.)
7      2.    Stonebrae and Toll agree to an extension of the briefing and hearing schedule
8  on Stonebrae's motions for award of attorneys' fees and costs and determination of pre-
9  judgment interest as follows:
10         a.    December 29, 2010:  Last date for Stonebrae to file its moving papers
11 for each motion;
12         b.    February 7, 2011:  Last date for Toll to file its opposition papers;
13         c.    February 28, 2011:  Last date for Stonebrae to file its reply papers;
14 and
15         d.    March 16, 2011 (at 10:30 a.m.):  Hearing (assuming the Court is
16 available that day).
17     3.    With respect to Stonebrae's motion for award of attorneys' fees and costs,
18 Stonebrae and Toll agree to a modification of the pages limits in Civ. L.R. Rule 7-4(b) as
19 follows:  Stonebrae's opening brief not to exceed ~~40~~ 30 pages; Toll's opposition brief not to
20 exceed ~~40~~ 30 pages and Stonebrae's reply brief not to exceed 20 pages.  The pages limits in
21 Civ. L.R. 7-4(b) shall apply to Stonebrae's motion for determination of pre-judgment
22 interest.
23 Dated:  December 10, 2010        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
24         COOPER & KIRKHAM P.C.
25         By    */s/ Philip F. Atkins-Pattenson*
26         PHILIP F. ATKINS-PATTENSON
27         Attorneys for Plaintiff and Counter-Defendant
        STONEBRAE L.P.

-2-

28 Case No. C 08-00221-EMC        STIPULATION AND [PROPOSED] ORDER RE
W02-WEST:FAP\403142810.1        REVISED BRIEFING/HEARING SCHEDULE ON
        STONEBRAE L.P.'S MOTIONS FOR ATTORNEYS'
        FEES AND COSTS, AND PRE-JUDGMENT
        INTEREST; PAGE LIMITS

Dated: December 10, 2010

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By   */s/ Christopher J. McNamara*
     CHRISTOPHER J. MCNAMARA

Attorneys for Defendant and Counter-Claimant
TOLL BROS., INC.

## **ORDER**

Having considered the parties' Stipulation and good cause appearing in support thereof, it is so ordered. The hearing on Stonebrae's motions shall be on _3/16_, 2011 at _10:30 a.m._.  (See modifications on page 2)

Dated: _12/15/10_

The Honorable Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-3-

Case No. C 08-00221-EMC
W02-WEST:FAP\403142810.1

STIPULATION AND [PROPOSED] ORDER RE REVISED BRIEFING/HEARING SCHEDULE ON STONEBRAE L.P.'S MOTIONS FOR ATTORNEYS' FEES AND COSTS, AND PRE-JUDGMENT INTEREST; PAGE LIMITS