1    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        A Limited Liability Partnership
2       Including Professional Corporations
     PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
3    ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
     Four Embarcadero Center, 17th Floor
4    San Francisco, California  94111-4109
     Telephone:    415-434-9100
5    Facsimile:    415-434-3947
     E-Mail:       patkinspattenson@sheppardmullin.com
6                  afriedman@sheppardmullin.com

7    COOPER & KIRKHAM, P.C.
     JOSEF D. COOPER, Cal. Bar No. 53015
8    TRACY R. KIRKHAM, Cal. Bar No. 69913
     357 Tehama Street, 2nd Floor
9    San Francisco, CA 94103-4169
     Telephone:    415-788-3030
10   Facsimile:    415-882-7040
     E-Mail:       jdc@coopkirk.com
11                 trk@coopkirk.com

12   Attorneys for Plaintiff and Counter-Defendant
     STONEBRAE L.P.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        (SAN FRANCISCO DIVISION)

17   STONEBRAE L.P., a Delaware limited           Case No. C 08-00221-EMC
     partnership,
18                                                **DECLARATION OF RICHARD M.
                    Plaintiff,                    PEARL IN SUPPORT OF
19                                                PLAINTIFF STONEBRAE'S
            v.                                    MOTION FOR AWARD OF
20                                                REASONABLE ATTORNEYS'
     TOLL BROS., INC.; a Pennsylvania corporation; FEES, COSTS AND EXPENSES**
21   TOLL BROTHERS, INC., a Pennsylvania
     corporation; DOES 1 through 15, inclusive,   Date:         March 16, 2011
22                                                Time:         10:30 a.m..
                    Defendants.                   Dept.:        Courtroom C, 15th Fl.
23
                                                  Trial Date:   February 28, 2011
24                                                              [Vacated]

25

26

27

28

1  **DECLARATION OF RICHARD M. PEARL IN SUPPORT OF PLAINTIFF STONEBRAE'S MOTION FOR AWARD OF REASONBLE ATTORNEYS' FEES, COSTS AND EXPENSES**

2

3  I, Richard M. Pearl, declare as follows:

4      1.    I am a member in good standing of the Bar of the State of California.  This declaration

5  is submitted in support of Stonebrae L.P.'s Motion for Award of Attorneys' Fees and Costs.

6      2.    Briefly summarized, my background is as follows:  I am a 1969 graduate of Boalt Hall

7  School of Law, University of California, Berkeley, California.  I took and passed the California Bar

8  Examination in August 1969, but because I was working in Atlanta, Georgia for the Legal Aid

9  Society of Atlanta (LASA), I was not admitted to the California Bar until January 1970. I worked for

10  LASA until summer of 1971, when I then went to work in California's Central Valley for California

11  Rural Legal Assistance, Inc., (CRLA), a statewide legal services program.  From 1977 to 1982, I

12  was CRLA's Director of Litigation, supervising more than fifty attorneys.  In 1982, I went into

13  private practice, first in a small law firm, then as a sole practitioner. Martindale Hubbell rates my

14  law firm "AV." I also have been selected as a Northern California "Super Lawyer" in Appellate Law

15  for 2005, 2006, 2007, 2008, and 2010.   A copy of my Resume is attached hereto as Exhibit A.

16      3.    Since 1982, my practice has been a general civil litigation and appellate practice, with

17  an emphasis on cases and appeals involving court-awarded attorneys' fees.  I have lectured and

18  written extensively on court-awarded attorneys' fees.  I have been a member of the California State

19  Bar's Attorneys Fees Task Force and have testified before the State Bar Board of Governors and the

20  California Legislature on attorneys' fee issues. I am the author of California Attorney Fee Awards,

21  (3d ed Cal. CEB 2010).  I also was the author of California Attorney Fee Awards, 2d Ed. (Calif.

22  Cont. Ed. of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005,

23  2006, 2007, and 2008 Supplements. This treatise has been cited by the California appellate courts on

24  more than 35 occasions.  *See, e.g., Conservatorship of Whitley* (2010) 50 Cal.4th 1206, 1217; *Lolley*

25  *v. Campbell* (2002) 28 Cal.4th 367, 373; *Chacon v. Litke* (2010) 181 Cal.App.4th 1234, 1259.  I also

26  authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its predecessor,

27  CEB's California Attorney's Fees Award Practice.  In addition, I authored a federal manual on

28  attorneys' fees entitled Attorneys' Fees: A Legal Services Practice Manual, published by the Legal

1   Services Corporation. I also co-authored the chapter on "Attorney Fees" in Volume 2 of CEB's

2   Wrongful Employment Termination Practice, 2d Ed. (1997).

3          4.      More than 90% of my practice is devoted to issues involving court-awarded attorney's

4   fees. I have been counsel in over 150 attorneys' fee applications in state and federal courts,

5   primarily representing other attorneys. I also have briefed and argued more than 40 appeals, at least

6   25 of which have involved attorneys' fees issues. In the past dozen or so years, I have successfully

7   handled four cases in the California Supreme Court involving court-awarded attorneys' fees: 1)

8   *Delaney v. Baker* (1999) 20 Cal.4th 23, which held that heightened remedies, including attorneys'

9   fees, are available in suits against nursing homes under California's Elder Abuse Act; 2) *Ketchum v.*

10  *Moses* (2001) 24 Cal.4th 1122, which held, *inter alia*, that contingent risk multipliers remain

11  available under California attorney fee law, despite the United States Supreme Court's  contrary

12  ruling on federal law (note that in *Ketchum*, I was primary appellate counsel in the Court of Appeal

13  and "second chair" in the Supreme Court); 3) *Flannery v. Prentice* (2001) 26 Cal.4th 572, which

14  held that in the absence of an agreement to the contrary, statutory attorneys' fees belong to the

15  attorney whose services they are based upon; and 4) *Graham v. DaimlerChrysler Corp.* (2004) 34

16  Cal.4th 553, which I handled, along with trial counsel, in both the Court of Appeal and Supreme

17  Court. I also successfully represented the plaintiffs in a previous attorneys' fee decision in the

18  Supreme Court, *Maria P. v. Riles* (1987) 43 Cal.3d 1281, and represented *amicus curiae*, along with

19  Richard Rothschild, in *Vasquez v. State of California* (2009) 45 Cal.4th 243. I also have handled

20  several Ninth Circuit attorneys' fees matters, including *Davis v. City & County of San Francisco*

21  (9th Cir. 1992) 976 F.2d 1536, *Mangold v. CPUC* (9th Cir. 1995) 67 F.3d 1470, *Velez v. Wynne* (9th

22  Cir. 2007) 2007 U.S.App.LEXIS 2194, and *Camacho v. Bridgeport Financial, Inc.* (9th Cir. 2008)

23  523 F.3d 973. For an expanded list of my reported decisions, *see* Exhibit A.

24         5.      I have testified as on expert regarding reasonable attorneys' fees on numerous

25  occasions, through declarations, depositions, and/or testimony at arbitration or trial. My expertise

26  and opinions have been recognized on numerous times by the courts, including most recently by the

27  Ninth Circuit Court of Appeals. *See Prison Legal News v. Schwarzenegger*, 608 F.3d 446, 455 (9th

28  Cir. 2010). Other fee decisions citing and relying on the opinions contained in my declarations

1   include: *Prison Legal News v. Schwarzenegger,* 561 F.Supp.2d 1095 (N.D. Cal. 2008) (an earlier fee

2   motion in the same case); *Oberfelder v. City of Petaluma,* 2002 U.S.Dist.LEXIS 8635 (N.D.Cal.

3   2002)(an individual police misconduct action), *aff'd* 2003 U.S.App.LEXIS 11371 (9th Cir. 2003);

4   *Bancroft v. Trizechahn Corp.,* C.D. Cal. No. CV 02-2373 SVW (FMOx), Order Granting

5   Reasonable Attorneys' Fees etc., filed Aug. 14, 2006; *Willoughby v. DT Credit Corp.,* C.D. Cal. No.

6   CV 05-05907 MMM (Cwx), Order Awarding Reasonable Attorneys' Fees After Remand, filed July

7   17, 2006; *A.D. v. California Highway Patrol,* 2009 U.S.Dist.LEXIS 110743 (N.D.Cal. 2009)(police

8   misconduct action); *National Federation of the Blind v. Target Corp.,* 2009 U.S.Dist.LEXIS 67139

9   (N.D.Cal. 2009); *Church of Scientology v. Wollersheim,* 42 Cal.App.4th 628 (1996)(anti-SLAPP

10   case); *Children's Hospital & Medical Center v. Bonta,* 97 Cal.App.4th 740 (2002)(challenge to

11   government decision).

12        6.     I have been asked by Stonebrae L.P., through its counsel, to express my opinion

13   regarding the reasonableness of attorneys' fees they are requesting in this motion. To form this

14   opinion, I have reviewed numerous documents in the case, including: several pleadings files

15   maintained by the Sheppard Mullin firm; Sheppard Mullin's invoices to Stonebrae for this litigation

16   from December 21, 2007, through November 10, 2010; Cooper & Kirkham's invoices from

17   November 2007, through November 2010; the Civil Docket for Case #:308-cv-00221-EMC

18   maintained by the District Court; declarations filed by Josef Cooper and his co-counsel in two recent

19   matters in which Cooper & Kirkham's then-current rates were found reasonable; the declarations of

20   Philip Atkins-Pattenson and Josef Cooper in support of this motion;  a draft of the Memorandum in

21   Support of Stonebrae's fee motion; the resumes and qualifications of the attorneys for whom fees are

22   being claimed; it is my understanding that Stonebrae requests an award of merits attorneys' fees,

23   costs, and litigation expenses in the amount of $3,885,444.68, which represents the fees, costs, and

24   expenses it has been billed by and paid to its attorneys.   I also have been informed that: 1) based on

25   the Judgment in this matter, Stonebrae will recover $4,774,944, plus its reasonable attorneys' fees,

26   costs, and litigation expenses, and the Defendants Toll Bros., Inc. will recover nothing on its Cross-

27   Complaint; 2) the fee requested represents a significant exercise of billing judgment, in that

28   Sheppard Mullin routinely discounted each of its bills by 5%, the Cooper & Kirkham firm did not

---

PEARL DECLARATION ISO MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS AND EXPENSES

1   charge for all of Mr. Cooper's time, and other write-downs were taken when the time was entered

2   and when the bill was prepared; 3) top Stonebrae executives played an active role in the conduct of

3   the litigation, i.e., they were in constant communication with counsel and participated actively in all

4   major strategy decisions; 4) counsel's invoices to Stonebrae were thoroughly reviewed in-house by

5   Stonebrae's top executives before they were paid; 5) both the Cooper & Kirkham firm and

6   Sheppard, Mullin have long relationships with Stonebrae, and have handled many significant legal

7   matters for it over the past 15-20 years; this includes several matters in which the two firms worked

8   collaboratively on litigation for Stonebrae; 6) this case was intensively litigated over the past three

9   years: the Docket contains 250 entries; document production, especially by Stonebrae, was extensive

10  and ongoing, requiring a significant allocation of resources; 18 depositions were taken; 21

11  substantive motions were filed, including numerous summary judgment/summary adjudication

12  motions; 7) settlement efforts prior to Defendant's Rule 68 offer were unsuccessful, and at no time

13  did Stonebrae reject a more favorable offer than the Rule 68 offer that it eventually accepted; and 8)

14  the result obtained was excellent: Stonebrae had pursued alternative remedies for liquidated damages

15  and actual damages, and recovered the former in their entirety.

16      7.      In stating my opinion regarding the reasonableness of the fees requested, I will start

17  with the reasonableness of counsel's hourly rates and then discuss the reasonableness of the overall

18  request.

19                  **COUNSEL'S HOURLY RATES ARE REASONABLE**

20      8.      I have been informed of the hourly rates charged by Stonebrae's counsel over the

21  course of this litigation, as set forth in counsel's declarations.   In formulating my opinion, I have

22  reviewed Stonebrae's attorneys' qualifications, background, and experience, and their prior fee

23  awards.  I also have reviewed numerous examples of their written work in this case, which I have

24  found to be top rate.

25      9.      Through my writing and practice, I have become familiar with the non-contingent

26  market rates charged by attorneys in California and elsewhere.  This familiarity has been obtained in

27  several ways: (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys;

28  (3) by obtaining declarations regarding prevailing market rates in cases in which I represent

---

attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

10.     Based on the information I have gathered, some of which is summarized below, it is my opinion that the rates charged by and paid to the Sheppard, Mullin and Cooper & Kirkham firms are in line with the market rates charged by San Francisco attorneys of reasonably comparable experience, skill, and reputation for reasonably comparable litigation.

a.     **Rates found reasonable in other cases.**

Set forth below are hourly rates that were found reasonable by the courts in the following cases:

(1)     *Credit/Debit Card Tying Cases*, San Francisco County Superior Court, JCCP No. 4335, Order Granting Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards, filed August 23, 2010, an antitrust class action, in which the court found the following 2010 hourly rates reasonable (before applying a 2.0 lodestar multiplier):

| Years of Experience | Rate |
| --- | --- |
| 43 | $975 |
| 46 | 950 |
| 38 | 850 |
| 32 | 850 |
| 35 | 825 |
| 26 | 740 |
| 13 | 610 |
| 9 | 600 |
| 9 | 590 |
| 9 | 535 |
| 12 | 535 |
| 5 | 485 |
| 4 | 460 |
| 3 | 435 |
| 10 | 420 |
| 7 | 420 |
| 2 | 420 |
| 1 | 395 |
| Paralegals | 220-260 |

(2)     *Savaglio, et al. v. WalMart*, Alameda County Superior Court No. C-835687-7, Order Granting Stonebrae's Motion for Attorneys' Fees, filed September 10, 2010, a wage and hour class

action, in which the court found the following 2010 hourly rates reasonable (before applying a 2.36 lodestar multiplier):

| Years of Experience | Rate |
|---|---|
| 51 | $875 |
| 39 | 750 |
| 38 | 600 |
| 33 | 775 |
| 25 | 550 |
| 23 | 650 |
| 21 | 625 |
| 19 | 610 |
| 18 | 600 |
| 17 | 585 |
| 16 | 570 |
| 15 | 560 |
| 14 | 550 |
| 13 | 525 |
| 12 | 515 |
| 11 | 510 |
| 10 | 505 |
| 9 | 500 |
| 7 | 460 |
| 4 | 435 |
| Law Clerks | 125-260 |

(3)   *Santa Fe Pointe, L.P. v. Greystone Servicing Corp.* (N.D.Cal. 2009) 2009 U.S.Dist.LEXIS 100448, a business litigation matter, in which the court found the following 2009 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 20 | $675 |
| 2 | 350 |
| 4 | 250 |
| Law Clerks | 150 |

(4)   *Kashmiri et al v. Regents of U.C.*, San Francisco Superior Court, Order Granting Plaintiffs' Motion for Common Fund Attorneys' Fees and Expenses, filed September 30, 2008, an action challenging unlawful student fees, in which the court found the following 2008 rates reasonable (before applying a 3.7 lodestar multiplier):

| Years of Experience | Rate |
|---|---|

| | |
|---|---|
| 40 | $750 |
| 22 | 690 |
| 14 | 590 |
| 7 | 420 |
| 4 | 345 |
| 2 | 295 |
| Law Clerks | 200 |
| Paralegals | 195 |

(5)     *Environmental Law Foundation v. Laidlaw Transit, Inc.,* San Francisco Superior Court No. CGC-06-451832, Order Granting Motion for Court Approval of Parties Joint Stipulated Judgment, filed September 22, 2008, an environmental enforcement action, in which the court found the following 2008 hourly rates reasonable in a Proposition 65 action (before applying a 1.25 multiplier):

| Years of Experience | Rate |
|---|---|
| 29 | $750 |
| 26 | 700 |
| 24 | 700 |
| 23 | 650 |
| 18 | 650 |
| 16 | 625 |
| 14 | 600 |
| 10 | 560 |
| 9 | 495-575 |
| 8 | 475 |
| 7 | 450 |
| 6 | 395 |
| 4 | 325 |
| 2 | 300 |
| 1 | 250 |
| Paralegals | 145-175 |
| Interns | 125 |

(6)     *Gardner v. Schwarzenegger,* Alameda County Superior Court No. RG06-278911, Order After Hearing filed April 20, 2009, *aff'd by unpublished opinion.* 2010 Cal.App.Unpub.LEXIS 1240, in which the court found the following 2008 rates reasonable (before applying a 1.75 multiplier):

| Years of Experience | Rate |
|---|---|
| 17 | $640 |
| 14 | 590 |

8                                              445

b.      **Rate Information from Surveys and Other Cases.**

11.     I have reviewed numerous declarations and depositions filed in other cases, as well as various surveys of legal rates. For example, a 2009 survey of bankruptcy rates in Delaware and the Southern District of New York show that numerous partners now bill at $1,000 per hour or above. *See Kolzi*, Bankruptcy Rates Top $1,000 Mark in 2008-09, The American Lawyer, Dec. 16, 2009, attached hereto as Exhibit B. Exhibit B also shows that the *median* partner rates for several national firms, many of which practice in California, range from $690 to $980 per hour. It is my understanding that firms claiming fees in the bankruptcy courts must attest that their requested rates are no higher than the firm ordinarily charges for comparable non-bankruptcy work. I also believe that the firms listed above that practice in California charge the same rates for comparable work in California.

12.     The Westlaw CourtExpress Legal Billing Reports for May, August, and December 2009 (attached hereto as Exhibit C) shows that attorneys with as little as 19 years' experience are charging $800 per hour or more, and that the rates requested here are well within the range of those reported. Similarly, the National Law Journal's December 7, 2009, nationwide sampling of law firm billing rates lists 25 firms whose highest rate is $800 per hour or more, 9 firms whose highest rate is $900 per hour or more, and 4 firms whose highest rate is $1,000 per hour or more.

13.     I also have obtained information regarding the standard hourly rates for litigation undertaken on a non-contingent basis by numerous California law firms and national law firms with significant California offices. That information includes hourly rates charged by the following law firms, listed in alphabetical order:

Altshuler Berzon LLP

2009 Rates:

| Years Experience | Rate |
|---|---|
| 32 | $775 |
| 15 | 625 |
| 8 | 475 |

| | |
|---|---|
| Law Clerks | 200 |
| Paralegals | 195 |

### 2007 Rates:

| Years Experience | Rate |
|---|---|
| 23 | $700 |
| 15 | 550 |
| 5 | 325 |
| Paralegals | 155-190 |

### Bingham McCutchen

### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 13 | $655 |
| 4 | 480 |
| 2 | 400 |

### Cooley Godward Kronish LLP

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $525-980 |
| Associates | 285-570 |

### 2007 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $470-875 (average $673) |
| Associates | 250-555 (average $403) |

### Duane Morris LLP

### 2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $325-795 |
| Associates | 225-450 |

### Epstein Becker & Green LLP

### 2009 Rates:

| Years Experience | Rate |
|---|---|

|  |  |
|---|---|
| Partners | $350-855 |
| Associates | 180-475 |

## Furth Firm LLP

### 2010 Rates:

| Years of Experience | Rate |
|---|---|
| 51 | $875 |
| 39 | 750 |
| 38 | 600 |
| 33 | 775 |
| 25 | 550 |
| 23 | 650 |
| 21 | 625 |
| 19 | 610 |
| 18 | 600 |
| 17 | 585 |
| 16 | 570 |
| 15 | 560 |
| 14 | 550 |
| 13 | 525 |
| 12 | 515 |
| 11 | 510 |
| 10 | 505 |
| 9 | 500 |
| 7 | 460 |
| 4 | 435 |
| Law Clerks | 125-260 |

## Gibson, Dunn & Crutcher LLP

### 2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 26 | $905 |
| 32 | 840 |
| 21 | 785 |
| | |
| Associates | |
| 5 | 525 |
| 4 | 495 |
| 3 | 470 |
| 2 | 400 |

| | |
|---|---|
| 1 | 345 |
| Paralegals | 165-300 |

### Greines, Martin, Stein & Richland

#### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 39 | $850 |
| 17 | 650 |
| 15 | 500 |
| 8 | 450 |
| 6 | 450 |
| Law Clerks | 100 |

### Howard, Rice, Nemerovski, Canady, Falk & Rabkin

#### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 45 | $840 |

### Klee, Tuchin, Bogdanoff & Stern LLP

#### 2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 35 | $925 |
| 25 | 850 |
| 18 | 675 |
| 14 | 650 |
| 11 | 575 |
| Of Counsel | |
| 11 | 575 |
| Associates | |
| 7 | 495 |
| 5 | 430 |
| 2 | 300 |
| Paralegals | 215 |

### Loeb & Loeb

1

2
<u>2009 Rates:</u>

3
<u>Years Experience</u>                                                    <u>Rate</u>

4
Partners                                                $475-950
Associates                                              285-450

5

6
<u>2008 Rates:</u>

7
<u>Years Experience</u>                                                    <u>Rate</u>
Partners                                                $450-925

8
Associates                                              260-500

<u>Manatt, Phelps & Philips</u>

9

10

11
<u>2009 Rates:</u>

12
<u>Years Experience</u>                                                    <u>Rate</u>

13
Partners                                                $495-850
Associates                                              250-505

14

<u>Morrison Foerster</u>

15

16
<u>2009 Rates:</u>

17
<u>Years Experience</u>                                                    <u>Rate</u>

18
24                                                      $750

19
<u>2008 Rates:</u>

20
<u>Years Experience</u>                                                    <u>Rate</u>

21
45                                                      $675

22
36                                                      725
33                                                      785

23
14                                                      650
12                                                      600

24
9                                                       560

25
7                                                       535
5                                                       485

26
1                                                       520
Paralegals                                              185-230

27

28
<u>2007 Rates:</u>

| Years Experience | Rate |
|---|---|
| 44 | $675 |
| 11 | 550 |
| 8 | 520 |
| 6 | 475 |
| 3 | 250 |

## O'Melveny & Myers

### 2009 Rates:

| Years Experience | Rate |
|---|---|
| 36-37 | $860-950 |
| 21 | 820 |
| 16-18 | 700-710 |
| 14 | 595-675 |
| 10 | 590 |
| 8 | 565 |
| 7 | 540-565 |
| 5-6 | 480-520 |
| 2-4 | 395-450 |
| Paralegals | 225-310 |

## Patton Boggs

### 2010 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 14 | $830 |
| 29 | 750 |
| 20 | 750 |
| 33 | 700 |
| 27 | 700 |
| 13 | 575 |
| 24 | 550 |
| 14 | 530 |
| Of Counsel | |
| 30 | 600 |
| 15 | 500 |
| Associates | |
| 5 | 475 |
| 9 | 450 |
| 7 | 425 |
| 3 | 340 |
| 2 | 315 |

|                  |                          |
|------------------|--------------------------|
| Senior Paralegals | 200-265                 |
| Paralegals        | 170                     |

### Reed Smith

#### 2008 Rates:

| Years Experience | Rate                        |
|------------------|-----------------------------|
| Partners         | $375-900 (average $626)     |
| Associates       | 235-580 (average $423)      |

### Schubert Joncker & Kolbe LLP

#### 2010 Rates:

| Years Experience | Rate |
|------------------|------|
| Partners         |      |
| 31               | $750 |
| 18               | 600  |
| Associates       |      |
| 3                | 350  |
| Paralegals       | 190  |

### Wilson Sonsini Goodrich & Rosati PC

#### 2010 Rates:

| Years of Experience | Rate |
|---------------------|------|
| Partners            | $650-975 |
| Associates          | 290-610 |
| Paralegals/Litigation Support Staff | 120-300 |

### Winston & Strawn

#### 2009 Rates:

| Years of Experience | Rate |
|---------------------|------|
| Partners            | $400-995 |
| Associates          | 210-670 |

## THE TOTAL FEE REQUEST IS REASONABLE

14.     In my opinion, the attorneys' fees requested by Stonebrae here are reasonable. Most significantly, in my view, the active participation of Stonebrae executives in all the major litigation decisions in this case, their active review of the invoices submitted by Sheppard, Mullin and Cooper & Kirkham, and their payment of those invoices carries with it a strong presumption that the fees were reasonably incurred. Participation in strategy and close review of the bills by a sophisticated client is a strong indication that the litigation was directed to achieving the client's goals in the most efficient and cost-effective manner.  While the client's careful review and payment is not dispositive, the usual standard for determining the reasonableness of statutory attorneys' fees is whether the fees would be billed to a fee-paying client. *See, e.g., Hensley v. Eckerhart* (1983) 461 U.S. 424, 434. The fact that the fees requested here have been billed to sophisticated businesspersons, then thoroughly vetted and paid by that business, is pwerful evidence that the fees are reasonable.

15.     Stonebrae's long-standing relationship with its attorneys also is significant. Such long relationships tend to show a trust in and satisfaction with the attorneys' work, both in terms of efficiency and effectiveness; *i.e.* if the attorneys had a practice of overbilling or doing inefficient, ineffective, or unskilled work, it is highly unlikely that a sophisticated client like Stonebrae would have continued to hire them.  It also is significant that the Sheppard, Mullin and Cooper & Kirkham firms have worked together on Stonebrae litigation in the past, which indicates they can work together efficiently and effectively.

16.     The qualifications of the attorneys who worked on this matter are beyond question. Their experience with hard-fought litigation like this case is extensive, their excellent reputations are well-deserved, and the results they have produced for their clients, in this case and others, speak to their skill and ability.

17.     The fees requested also are carefully documented by time records describing every task performed in admirable detail.  There also appears to have been an efficient division of labor between the two law firms, as one would expect from firms that have worked together many time previously, and within each law firm. And, the work described is matched by the documents

1    produced for the litigation, which are extensive and top-rate. Significant billing judgment also has

2    been exercised, as described above in paragraph 6.

3          18.     This was a difficult case for Stonebrae and its attorneys. As the Plaintiff, Stonebrae

4    bore the burdens of proof and persuasion. And, because of the language of the agreements that

5    formed the basis for this case, Stonebrae and its attorneys perceived that many of the issues raised by

6    Toll's defenses and counterclaims presented time commitments to resolve that, despite their best

7    efforts, would be very difficult to reduce. It also is my understanding that Toll Brothers shifted its

8    positions several times, especially with respect to its cross-complaint, and was able to defeat early

9    measures that would have shortcut the litigation by claiming facts that did not turn out to be true,

10    e.g., the parole evidence issue. Numerous heavily litigated motions were undertaken in this case –

11    21 such motions, including numerous partial summary judgment motions. This level of motion

12    practice demonstrates the significant time commitment that Stonebrae's attorneys reasonably

13    believed were required to advance Stonebrae's interest in this litigation.

14          19.     Discovery also imposed a very heavy burden. For example, in response to Defendant's

15    "rolling" document requests, I have been informed that Stonebrae produced 72,696 documents,

16    totaling 334,479 pages; all of that production required careful review by Stonebrae's attorneys

17    before the documents were produced.

18          20.     In light of the Defendant's legal and strategic positions, it was reasonable for

19    Stonebrae to believe that it had little choice but to litigate this matter in the manner that it did in

20    order to obtain a meaningful settlement or victory at trial. Had the Defendant wished to reduce its

21    obligation to pay Stonebrae's fees, it could and should have employed Congress's chosen remedy

22    for doing so by making its Rule 68 offer earlier in the process.

23          21.     Under the circumstances, Stonebrae achieved a very desirable result: the recovery of

24    $4,774,944, plus all reasonable attorneys' fees, costs, and litigation expenses. This means that

25    Stonebrae will have achieved a significant financial recovery at no cost to itself. It also will serve as

26    notice to other businesses with whom Stonebrae has similar contracts that the approach taken by the

27    Defendant here will not be successful. Given the Defendant's tactics and positions, the uncertainties

28    on several key legal issues, and the great expense and risk of proceeding to trial and possibly appeal,

---

the recovery of $4,774,944 *plus* all attorneys' fees, costs, and litigation expenses, is an excellent result, particularly in the current economic climate.

22.     I have reviewed the costs and litigation expenses claimed by Stonebrae and in my experience, these are the type of costs and litigation expenses that law firms typically bill to fee-paying clients in this community.

If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of December, 2010, at Berkeley, California.


RICHARD M. PEARL

# EXHIBIT A

# RESUME OF RICHARD M. PEARL

RICHARD M. PEARL
LAW OFFICES OF RICHARD M. PEARL
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-5074 (facsimile)
rpearl@interx.net (e-mail)

## EDUCATION

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

## BAR MEMBERSHIP

Member, State Bar of California (admitted January 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the
United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States
District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the
District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior
Courts and Court of Appeals.

## EMPLOYMENT

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice
("AV" rating), with emphasis on court-awarded attorney's fees, class actions, and appellate
practice.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, Court of
Appeal, First Appellate District (October 2000 to Present).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to Present):
Teach "Public Interest Law Practice," a 2-unit course that focuses on the history, strategies, and
issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation
practice, as described above.

RICHARD M. PEARL
Page 2

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time
May 1982 to September 1983):

> Director of Litigation (July 1977 to July 1982)
> Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in
> CRLA's 15 field offices; administered and supervised staff of 4-6 Regional
> Counsel; promulgated litigation policies and procedures for program; participated
> in complex civil litigation.

> Regional Counsel (July 1982 to September 1983 part-time) Responsibilities: Served
> as co-counsel to CRLA field attorneys on complex projects; provided technical
> assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases;
> served as counsel on major litigation.

> Directing Attorney, Cooperative Legal Services Center (February 1974 to July
> 1977) (Staff Attorney February 1974 to October 1975)
> Responsibilities: Served as co-counsel on major litigation with legal services
> attorneys in small legal services offices throughout California; supervised and
> administered staff of four senior legal services attorneys and support staff.

> Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff
> Attorney July 1971 to February 1972)
> Responsibilities: Provided legal representation to low income persons and groups in
> Kern, King, and Tulare Counties; supervised all litigation and administered staff of
> ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program
(August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General
Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and
the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low income persons and groups as part of 36-lawyer legal services
program located in Atlanta, Georgia.

RICHARD M. PEARL
Page 3

## PUBLICATIONS

Pearl, *California Attorney Fee Awards, Third Edition* (Cal. Cont. Ed. Bar 2010)

Pearl, *California Attorney Fee Awards, Second Edition* (Cal. Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements

*Graham v. DaimlerChrysler Corp* and *Tipton-Whittingham v. City of Los Angeles*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Feb. 2005)

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cal. Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cal. Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting" (October 1992)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Effective Representation Before California Administrative Agencies" (October 1986)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations" (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases*, (September 1985) Los Angeles Lawyer

Program Materials on "Remedies Training" (Class Actions), Sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

RICHARD M. PEARL
Page 4

## PUBLIC SERVICE

Member, Attorneys' Fee Task Force, California State Bar

Vice President, Board of Directors, California Rural Legal Assistance Foundation

## REPRESENTATIVE REPORTED CASES

*Boren v. California Department of Employment*
        (1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
        (9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
        (9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
        (1982) 132 Cal.App.3d 961

*Center for Biological Diversity v. County of San Bernardino*
        (2010) ___ Cal.App.4th ___

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
        (1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
        (D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
        (1999) 10 Cal.4th 23

*Employment Development Dept. v. Superior Court (Boren)*
        (1981) 30 Cal.3d 256

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
        (N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
        (2001) 26 Cal. 4th 572

RICHARD M. PEARL
Page 5

Representative Reported Cases (cont.)

Graham v. DaimlerChrysler Corp.
      (2004) 34 Cal. 4th 553

Horsford v. Board of Trustees of Univ. of Calif.
      (2005) 132 Cal.App.4th 359

Ketchum v. Moses
      (2001) 24 Cal.4th 1122

Kievlan v. Dahlberg Electronics
      (1978) 78 Cal.App.3d 951, cert. denied (1979)
      440 U.S. 951

Lealao v. Beneficial California, Inc.
      (2000) 82 Cal.App.4th 19

Lewis v. California Unemployment Insurance Appeals Board
      (1976) 56 Cal.App.3d 729

Local 3-98 etc. v. Donovan
      (N.D. Cal. 1984) 580 F.Supp. 714,
      aff'd (9th Cir. 1986) 792 F.2d 762

Mangold v. California Public Utilities Commission
      (9th Cir. 1995) 67 F.3d 1470

Maria P. v. Riles
      (1987) 43 Cal.3d 1281

Martinez v. Dunlop
      (N.D. Cal. 1976) 411 F.Supp. 5
      aff'd (9th Cir. 1977) 573 F.2d 555

McSomebodies v. Burlingame Elementary School Dist.
      (9th Cir. 1990) 897 F.2d 974

McSomebodies v. San Mateo City School Dist.
      (9th Cir. 1990) 897 F.2d 975

Moore v. Bank of America
      (9th Cir. 2007) 2007 U.S. App. LEXIS 19597

RICHARD M. PEARL
Page 6

**Representative Reported Cases (cont.)**

*Moore v. Bank of America*
(S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904

*Mora v. Chem-Tronics, Inc.*
(S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752,
5 Wage & Hour Cas. 2d (BNA) 1122

*Pena v. Superior Court of Kern County*
(1975) 50 Cal.App.3d 694

*Ponce v. Tulare County Housing Authority*
(E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
(N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Rubio v. Superior Court*
(1979) 24 Cal.3d 93 (amicus)

*Sokolow v. County of San Mateo*
(1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
(1976) 17 Cal.3d 719 (amicus)

*Tongol v. Usery*
(9th Cir. 1979) 601 F.2d 1091,
*on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
*revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
(1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
(N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part
and revs'd in part sub nom Davis v. City and County
of San Francisco* (9th Cir. 1992) 976 F.2d 1536,
*modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
(S.D.Cal. 1998) 18 F.Supp.2d 1090

RICHARD M. PEARL
Page 7

**Representative Reported Cases (cont.)**

*Vasquez v. State of California*
           (2008) 45 Cal.4th 243 (amicus)

*Velez v. Wynne*
           (9th Cir. 2007) 2007 U.S. App. LEXIS 2194

**REFERENCES**

Furnished upon request.

June 2010

# EXHIBIT B

Law.com - Bankruptcy Rates Top $1,000 Mark in 2008-09                http://www.law.com/jsp/article.jsp?id=1202436371636&src=EMC...

## Bankruptcy Rates Top $1,000 Mark in 2008-09

Amy Kolz
The American Lawyer
December 16, 2009

Print    Share    Email    Reprints & Permissions    Post a Comment

A review of bankruptcy rates in Delaware and the Southern District of New York shows that a handful of U.S.-based partners at Am Law 200 firms have inched above the $1,000 rate barrier, making bankruptcy work as lucrative as it was plentiful in 2008 and 2009. Over a 12-month period ending August 2009, there were more than 13,000 billing rate entries submitted by law firms in the nation's two busiest bankruptcy courts, according to a new database compiled by ALM Media.

Among U.S.-based lawyers at Am Law 200 firms, Shearman & Sterling tax partner Bernie Pistillo topped the rate chart with an hourly fee of $1,065 for his work on the bankruptcy of Stock Building Supply Holdings LLC, a building products supplier, in Delaware. (One solo practitioner in Pleasantville, N.Y., Alon Harris, surpassed Pistillo's rate, charging $1,200 an hour for his work as special real estate litigation counsel on the bankruptcy of Digital Printing Systems in the Southern District of New York.) Eleven other U.S.-based Am Law 200 partners were in the $1,000-plus club, according to the database, Cadwalader, Wickersham & Taft financial restructuring co-chair Deryck Palmer, a former Weil, Gotshal & Manges partner, billed Lyondell Chemical Co. at a rate of $1,050 for work on its 2009 bankruptcy. Greenberg Traurig bankruptcy co-chair Bruce Zirinsky, who left Cadwalader last January, billed $1,050 an hour as debtor's counsel for TH Agriculture and Nutrition LLC, as did White & Case global restructuring head Thomas Lauria for WCI Communities Inc., and Robert Pincus, the head of the corporate practice in Skadden, Arps, Slate, Meagher & Flom's Wilmington office, for Hayes Lemmerz International Inc., an automotive wheel supplier.

Neal Stoll, a Skadden antitrust partner, and Sally Thurston, a Skadden tax partner, billed $1,035 for work on the bankruptcies of VeraSun Energy Corp. and Hayes Lemmerz, respectively, while Latham & Watkins corporate finance chair Kirk Davenport billed at $1,025 an hour for Dayton Superior Corp.'s filing. Paul, Weiss, Rifkind, Wharton & Garrison partners Carl Reisner and Richard Bronstein billed at $1,025 for the Buffets Inc., bankruptcy. (Reisner is co-head of the firm's M&A practice and Bronstein is co-chair of its tax practice.) Simpson Thacher & Bartlett partners Lee Meyerson and Wigmor Michael Chepiga charged Lehman Brothers $1,000 an hour on the sale of its brokerage to Barclays Bank PLC.

Absent from the $1,000 club are Weil, Gotshal & Manges restructuring gurus Harvey Miller and Marcia Goldstein, Both clocked rates of $950 an hour for their work on the Lehman Brothers and BearingPoint Inc. bankruptcies, respectively. Also, Kirkland & Ellis' James Sprayregen billed $985 an hour for work on the bankruptcies of Lear Corp. and Tha Reader's Digest Association, And Jenner Day partner Corinne Ball charged $900 an hour for her work on Chrysler's filing.

Comparing the median partner rates among Am Law 200 firms in the database demonstrated that there are few bargains when it comes to Chapter 11 work. Among those charging median partner rates of more than $900 an hour were: Cadwalader; Cleary Gottlieb Steen & Hamilton; Davis Polk & Wardwell; Milbank, Tweed, Hadley & McCloy; Paul Weiss; Shearman & Sterling; Simpson Thacher; and Skadden. Firms with median partner billing rates between $800 and $900 were Gibson Dunn, Fried Frank, Latham, Paul Hastings, Weil Gotshal, and White & Case, Firms billing $700 or below were Akin Gump Strauss Hauer & Feld, Kirkland, Sidley Austin, and Sonnenschein Nath & Rosenthal, (Medians can be deceiving, since some firms, such as Kirkland, had a difference of more than $550 between its highest- and lowest-rate partners.)

The bankruptcy case with one of the highest median partner rates was Nortel Networks. The shoes equipment maker paid firms such as Cleary and Kirkland a median partner rate of $940. Firms working on the Lehman filing billed a median partner rate of $810 during the time period, while firms working on the filing of Tribune Co. billed a median of $690, according to the database.

Associate rates occasionally topped $700 an hour on bankruptcies including Lehman and Nortel Networks, as well as that of the lesser-known Sportsman's Warehouse. Discovery attorneys, research specialists and benefits consultants sometimes billed between $300 and $800 on cases such as Nortel, Charter Communications and Graphics Properties Holdings Inc.

| FIRM | MEDIAN PARTNER RATE | # PARTNERS FILING |
|------|------|------|
| Simpson Thacher | $980 | 30 |
| Cleary Gottlieb | $960 | 47 |
| Shearman & Sterling | $950 | 17 |
| Davis Polk | $948 | 14 |
| Skadden | $945 | 38 |
| Paul Weiss | $925 | 24 |
| Cadwalader | $960 | 29 |
| Milbank | $900 | 35 |
| Weil Gotshal | $843 | 142 |
| Gibson Dunn | $840 | 29 |
| Fried Frank | $83 | 518 |
| Latham & Watkins | $836 | 67 |
| White & Case | $826 | 20 |
| Paul Hastings | $810 | 46 |
| Sidley Austin | $790 | 99 |
| Akin Gump | $680 | 79 |



Top Stories From Law.com
Legal Technology
  Public Performance in the Digital Age
Corporate Counsel
  In the Crosshairs: GCs Can Ignore Financial
  Fraud Risks at Their Peril
Small Firm Business
  San Francisco Associate Wins $1 Million in ESPN
  Game



lawjobs.com
TOP JOBS
MATRIMONIAL LITIGATOR
CONFIDENTIAL SEARCH
Great Neck, NY

Associate General Counsel
SafeNet
Belton, VA

MORE JOBS >>
POST A JOB >>

ADVERTISEMENT

12/16/2009 9:36 AM

Law.com - Bankruptcy Rates Top $1,000 Mark in 2008-09     http://www.law.com/jsp/article.jsp?id=1202436371636&src=EMC...

| | | |
|---|---|---|
| Kirkland | $675 | 149 |
| Sonnenschein | $575 | 47 |

*U.S.-based partners only.

*The American Lawyer will publish a detailed analysis of the bankruptcy billing rates in its February 2010 issue.*

Click here to order the Excel® version of the 2009 Bankruptcy Billing Rates Report.

*This article first appeared on The Am Law Daily blog on AmericanLawyer.com.*

Print    Share    Email    Reprints & Permissions    Post a Comment

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2009. ALM Media Properties, LLC. All rights reserved.



12/16/2009 9:36 AM

# EXHIBIT C

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 1

May 2009

## BY BILLING RATE

# California Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| P  Caplan, V. Daniel | Davis Polk & Wardwell (CA) | 1980 | 1988 | CA | $ 850.00 | 4.50 | 4,325.00 |
| P  Coates, John | Davis Polk & Wardwell (CA) | 1980 | 1990 | CA | 855.00 | 17.00 | 16,235.00 |
| P  Durham, Scott | O'Melveny & Myers LLP (CA) | 1975 | 1975 | CA | 860.00 | 1.10 | 945.00 |
| P  Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 0.50 | 425.00 |
| P  Arnold, Kathy | Weil, Gotshal & Manges LLP (CA) | 1996 | 1996 | CA | 790.00 | 0.80 | 632.20 |
| OC Arnold, Daniels | Gibson Dunn & Crutcher LLP (CA) | 1976 | 1976 | CA | 790.00 | 4.50 | 3,555.00 |
| OC Martin, Michael | Harrigan Bennett & Cornon LLP | 1979 | 1979 | CA | 760.00 | 65.20 | 49,552.00 |
| P  Averch, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 750.00 | 125.10 | 56,075.00 |
| P  Shannon, Lita D. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1982 | 1982 | CA | 750.00 | 2.30 | 1,775.00 |
| P  Comsky, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1967 | 1967 | CA | 725.00 | 0.80 | 580.00 |
| A  Lamb, Peter | Davis Polk & Wardwell (CA) | 2005 | 2005 | CA | 680.00 | 101.40 | 68,952.50 |
| P  Mintz, Joanne E. | Hennigan Bennett & Dorman LLP | 1978 | 1978 | CA | 660.00 | 10.10 | 5,895.00 |
| P  Winkler, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1985 | 1985 | CA | 670.00 | 19.10 | 12,802.50 |
| A  Gornish, Harold | White & Case LLP (CA) | 2001 | 2001 | CA | 665.00 | 176.20 | 117,173.90 |
| P  Brown & Weinraub H. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1977 | 1977 | CA | 660.00 | 27.20 | 27.20 |
| P  Fetter, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1987 | 1998 | CA | 660.00 | 23.10 | 13,547.00 |
| P  Witherspoon, Henry | Munger Tolles & Olson LLC | 1967 | 1967 | CA | 650.00 | 0.50 | 325.00 |
| P  Battenfield, Carol M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1989 | 1993 | CO | 645.00 | 35.60 | 22,982.20 |
| P  Montgomery, Cromwell | Gibson Dunn & Crutcher, LLP (CA) | 1997 | 1997 | CA | 635.00 | 0.80 | 528.00 |
| P  Brown, Dennis | Munger Tolles & Olson LLC | 1970 | 1970 | CA | 625.00 | 17.80 | 11,135.00 |
| A  Marangos, Emanuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 13.50 | 8,235.00 |
| A  Dwindon, Steve | Weil & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 183.70 | 110,220.00 |
| P  Vincent, Gabio | Munger Tolles & Olson LLC | 1998 | 1998 | CA | 600.00 | 124.60 | 74,760.00 |
| A  Sook, Valentia | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 29.20 | 17,540.00 |
| P  Buckerson, Laura | Klee, Tuchin, Bogdanoff & Stern LLP | 1991 | 1991 | CA | 590.00 | 0.20 | 118.00 |
| P  Gar Romberchem, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 580.00 | 28.50 | 16,500.00 |
| P  Repko, Lindes | Gibson Dunn & Crutcher, LLP (CA) | 2005 | 2005 | CA | 570.00 | 2.00 | 1,050.00 |
| P  Haley, Jeffrey | Munger Tolles & Olson LLC | 1984 | 1984 | CA | 535.00 | 35.10 | 19,348.60 |
| P  Files, Joshua | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1995 | 1995 | CA | 535.00 | 21.90 | 11,419.60 |
| P  Ruplan, James | Munger Tolles & Olson LLC | 1997 | 1997 | CA | 525.00 | 35.80 | 8,615.00 |
| A  Martins, Joshua | Harrigan Bennett & Dorman LLP | 2005 | 2005 | CA | 505.00 | 10.10 | 19,250.00 |
| A  Maklis, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 36.90 | 6,530.00 |
| A  Birchess, Matissa | Gibson Dunn & Crutcher, LLP (CA) | 2005 | 2005 | CA | 470.00 | 14.00 | 21,343.50 |
| P  Uu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 465.00 | 4.80 | 6,735.00 |
| A  Gorbea, Olivia | Munger Tolles & Olson LLC | 2005 | 2005 | CA | 450.00 | 508.30 | 226,735.50 |
| A  Hochlautner, Brian | Munger Tolles & Olson LLC | 2002 | 2002 | CA | 435.00 | 0.30 | 135.50 |
| A  Nathan, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 25.20 | 10,430.00 |
| A  Jasper, M. Laura | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 56.20 | 23,345.00 |
| A  Esquibel, Bradley | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 8.80 | 3,570.00 |
| A  Relde, Evandro E. | O'Melveny & Myers LLP (CA) | 2005 | 2008 | CA | 365.00 | 8.40 | 3,318.00 |

# California Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| A Schatzkin, Brooke | Munger, Tolles & Olson LLC | 2004 | JDM | CA | $585.00 | 1.30 | $ 711.50 |
| A Dogan, Matthew | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 355.00 | 13.50 | 4,792.50 |
| A Guzman, Yetive | Glancey & Myers LLP (CA) | 2007 | 2007 | CA | 339.00 | 2.50 | 825.00 |
| PP Health Rott | Glancey & Myers LLP (CA) | | | | 260.00 | 6.20 | 1,612.00 |
| Fragoyan, Maria | Prechsii Stang Ziehl Young Jones & Weintraub (CA) | | | | 275.00 | 21.80 | 6,016.00 |
| Jeffries, Patricia J. | Prechsii Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP Paterson, George | Kies, Tachie, Bogdanoff & Shum LLP | | CA | | 215.00 | 1.90 | 408.50 |
| PP Floyd, Kevin | Hanahan Bennett & Dorman LLP | | | | 210.00 | 0.30 | 63.00 |
| PP Mostlo, Cheryl | Pechsial Stang Ziehl Young Jones & Weintraub (CA) | | | | 205.00 | 2.20 | 451.00 |
| Don Prints, Sheryle | Pechsial Stang Ziehl Young Jones & Weintraub (CA) | | | | 125.00 | 2.60 | 325.00 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 2

August 2009

## BY BILLING RATE

# California rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Tobias, Stephen L. | Gibson Dunn & Crutcher, LLP (CA) | 1982 | 1982 | CA | $ 680.00 | 0.10 | 64.00 |
| P | Peterson, Thomas | Kker, Tuckler, Boardwell & Stern, LLP | 1984 | 1984 | CA | 850.00 | 225.00 | 191,250.00 |
| P | Tuckler, Michael | Kker, Tuckler, Boardwell & Stern, LLP | 1990 | 1990 | CA | 850.00 | 74.40 | 63,240.00 |
| P | Stern, David | Kker, Tuckler, Boardwell & Stern, LLP | 1975 | 1975 | CA | 850.00 | 27.20 | 23,123.50 |
| P | Inskip, Paul S. | Gibson Dunn & Crutcher, LLP (CA) | 1986 | 1986 | CA | 840.00 | 6.25 | 5,334.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1978 | CA | 840.00 | 4.10 | 3,444.00 |
| P | Timmons, Brian | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 72.80 | 59,696.00 |
| P | Bifferk, Kären | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 810.00 | 40.00 | 12,715.50 |
| P | Zicht, Stan D. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 795.00 | 20.30 | 16,138.15 |
| A | Gilanis, Okelela | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1993 | 1994 | CA | 775.00 | 9.50 | 7,382.50 |
| P | Avrech, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 750.00 | 189.70 | 141,600.00 |
| P | Keller, Tobias | Jones Day (CA) | 1980 | 1990 | CA | 750.00 | 1.50 | 1,125.00 |
| P | Baker, James | Jones Day (CA) | 1980 | 1980 | CA | 745.00 | 0.20 | 150.00 |
| P | Weston, Eric D. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1989 | 1989 | CA | 740.00 | 7.10 | 5,325.00 |
| P | Ong, Johanny Y. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 740.00 | 8.10 | 6,962.00 |
| P | Kondzal, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 10.10 | 7,120.00 |
| P | Roberts, Jeffrey E. | Shearman & Sterling LLP (CA) | 1991 | 1991 | CA | 720.00 | 110.90 | 77,910.00 |
| P | Myers, Marvin | Jones Day (CA) | 1987 | 1987 | CA | 700.00 | 28.60 | 19,530.00 |
| P | Grassgreen, Debra | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 695.00 | 5.50 | 3,812.50 |
| A | Garstang, Mark E. | White & Case LLP (CA) | 1978 | 1978 | CA | 875.00 | 13.70 | 23,915.00 |
| P | Wick, Aaron | Gibson Dunn & Crutcher, LLP (CA) | 1985 | 1985 | CA | 875.00 | 30.40 | 26,599.00 |
| A | Gordan, Harold | White & Case LLP (CA) | 2001 | 2001 | CA | 655.00 | 217.50 | 107,297.50 |
| P | Montgomery, Cromwell | Gibson Dunn & Crutcher, LLP (CA) | 1997 | 1987 | CA | 635.00 | 2.50 | 1,387.50 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 11.50 | 7,019.50 |
| OC | Drefahs, Steve | White & Case LLP (CA) | 2000 | 2000 | CA | 600.00 | 217.50 | 100,500.00 |
| A | Scott, Halweg | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 74.99 | 44,940.00 |
| P | Trodella, Robert | Jones Day (CA) | 1996 | 1996 | CA | 600.00 | 35.30 | 21,180.00 |
| A | Car Kanagaoshen, B. | Weil, Gotshal & Manges LLP (CA) | 2001 | 2002 | CA | 575.00 | 12.40 | 7,130.00 |
| OC | Kuorsch, Allen | Weil, Gotshal & Manges LLP | 1990 | 1990 | CA | 570.00 | 0.50 | 285.00 |
| C | Egfeal, Orrde | Gibson Dunn & Crutcher, LLP (CA) | 2003 | 2003 | CA | 565.00 | 13.30 | 7,514.50 |
| OC | Crosby IV, Peter | Jones Day (CA) | 1984 | 1984 | CA | 505.00 | 49.60 | 24,507.00 |
| A | Martin, Ali | White & Case LLP (CA) | 2005 | 2005 | CA | 525.00 | 1.70 | 392.50 |
| A | Scott, Michaelene | Jones Day (CA) | 2001 | 2001 | CA | 525.00 | 1.20 | 683.50 |
| A | Elzaridi, Gina Y. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 500.00 | 175.30 | 87,856.00 |
| A | Malekly, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 1.00 | 500.00 |
| A | Rodriguez, Noel | Dunn, Tuckler, Boardwell & Stern, LLP | 2003 | 2003 | CA | 495.00 | 111.80 | 55,341.00 |
| A | Banbrom, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 4.10 | 1,927.00 |
| A | Lee, Linda | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 485.00 | 332.70 | 160,152.50 |
| A | Chua, Sidney | White & Case LLP (CA) | 2008 | 2008 | CA | 460.00 | 124.70 | 73,556.00 |

# California rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| Morrison, Kelley M. | White & Case LLP (CA) | 2008 | 2008 | CA | $ 460.00 | 105.50 | $ 48,530.00 |
| Hawk, Jonathan | White & Case LLP (CA) | 2007 | 2007 | CA | 460.00 | 20.30 | 9,338.00 |
| Philbin, Lawrence | McKenna Long & Aldidge LLP (CA) | 1997 | 1997 | CA | 450.00 | 15.00 | 6,750.00 |
| Larsen, J. David | McKenna Long & Aldidge LLP (CA) | 1997 | 1997 | CA | 460.00 | 10.00 | 4,600.00 |
| Guess, David | Kira, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 366.70 | 157,681.00 |
| Pignatelle, Courtney | Kira, Tuchin, Bogdanoff & Stern LLP | 2006 | 2006 | CA | 430.00 | 23.20 | 9,976.00 |
| Dickerson, Matthew | Safay Austin Brown & Wood LLP (CA) | 2007 | 2007 | CA | 425.00 | 25.30 | 10,752.50 |
| Tron, William | Sidley Austin Brown & Wood LLP (CA) | 2008 | 2008 | CA | 445.00 | 5.40 | 2,295.00 |
| Nathan, Joseph | Well, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 9.11.50 | 23,532.50 |
| Wilson, Katie S. | Gibson Dunn & Crutcher LLP (CA) | 2008 | 2008 | CA | 400.00 | 4.00 | 1,600.00 |
| Shapodis, Marta | Sidley Austin Brown & Wood LLP (CA) | 2008 | 2009 | CA | 375.00 | 42.30 | 19,487.50 |
| Olienhain, Kevin | Kira, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 4.70 | 1,410.00 |
| Elkin, Kidd | Kira, Tuchin, Bogdanoff & Stern, LLP | 2006 | 2006 | CA | 300.00 | 2.10 | 630.00 |
| Forrester, Leslie A. | Pachulski Stang Zishl Young Jones & Weintraub (CA) | | | | 250.00 | 4.90 | 1,225.00 |
| Harris, Charles A. | Pachulski Stang Zishl Young Jones & Weintraub (CA) | | | | 222.00 | 8.50 | 1,912.50 |
| Geron, Michele | McKenna Long & Aldidge LLP (CA) | | | | 215.00 | 40.60 | 8,729.00 |
| Pearson, Sandra | Kira, Tuchin, Bogdanoff & Stern LLP | | | CA | 215.00 | 36.00 | 7,740.00 |
| Brown, Thomas J. | Pachulski Stang Zishl Young Jones & Weintraub (CA) | | | | 185.00 | 2.00 | 390.00 |
| Aoos, Chris H. | Gibson Dunn & Crutcher LLP (CA) | | | | 165.00 | 0.50 | 82.50 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 3

December 2009

## BY BILLING RATE

## California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | CA | $895.00 | 267.53 | $ 239,413.00 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | CA | 850.00 | 302.62 | 330,710.00 |
| P | Tucker, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1980 | 1980 | CA | 850.00 | 201.40 | 171,190.00 |
| P | Stein, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | 850.00 | 58.50 | 49,400.00 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1978 | CA | 850.00 | 65.00 | 52,800.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1976 | 1976 | CA | 840.00 | 1.00 | 840.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 825.00 | 298.25 | 211,406.25 |
| P | Townson, Brian | Gibson Dunn & Crutcher, LLP (CA) | 1991 | 1991 | CA | 820.00 | 240.80 | 197,382.00 |
| P | Kania, Darren | Okin Emanuel Urquhart Oliver & Hedges, LLP | 1986 | 1986 | CA | 800.00 | 82.20 | 65,760.00 |
| P | Colon, Robert B. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1981 | 1981 | CA | 795.00 | 357.30 | 284,053.50 |
| P | Richards, Jeremy | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1990 | 1991 | CA | 795.00 | 158.90 | 126,307.50 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 795.00 | 94.00 | 74,730.00 |
| P | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 795.00 | 20.20 | 16,059.00 |
| P | Winston, Eric D. | Okin Emanuel Urquhart Oliver & Hedges, LLP | 1989 | 1989 | CA | 749.00 | 54.00 | 39,960.00 |
| P | Ono, Johnny Y. | Okin Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 740.00 | 11.20 | 8,288.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 10.10 | 7,322.50 |
| C | Grassgreen, Gabriel I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 695.00 | 5.50 | 3,822.50 |
| C | Cillick, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1983 | 1983 | CA | 695.00 | 3.40 | 2,363.00 |
| C | Parker, Tavi | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1968 | 1970 | CA | 675.00 | 60.80 | 41,040.00 |
| C | McKinley, James | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1988 | 1987 | CA | 675.00 | 16.60 | 11,205.00 |
| C | Ant, Olga | Gibson Dunn & Crutcher, LLP (CA) | 1095 | 1095 | CA | 675.00 | 14.80 | 9,990.00 |
| P | Dencks, Ross | Klee, Tuchin, Bogdanoff & Stern, LLP | 1995 | 1985 | CA | 650.00 | 1.40 | 910.00 |
| A | Moomen, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 3.70 | 2,257.00 |
| A | Feldman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 565.00 | 103.60 | 59,076.00 |
| A | Newmark, Victoria | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1956 | 1997 | CA | 595.00 | 32.50 | 19,337.50 |
| C | Cho, Shirley | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1997 | 1997 | CA | 595.00 | 19.40 | 11,543.00 |
| A | Hochman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 575.00 | 57.80 | 33,235.00 |
| A | Christenson, Jennifer | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 0.70 | 402.50 |
| GC | Mandel, Brian | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 1.30 | 632.50 |
| OC | Brandt, Gina F. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 525.00 | 100.73 | 52,883.50 |
| A | Harris, Wendar | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 490.00 | 0.50 | 247.50 |
| A | Bershad, Matthew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1998 | 1998 | CA | 495.00 | 0.50 | 247.50 |
| A | Santiago, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2008 | CA | 470.00 | 2.10 | 987.00 |
| A | Liu, Leslie | Weil, Gotshall & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 9.50 | 4,567.50 |
| A | Jackson Lyon S. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1997 | 1997 | CA | 460.00 | 2.30 | 1,718.00 |
| A | Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2025 | CA | 430.00 | 402.90 | 173,247.00 |
| PP | Salter, Joshua C. | Okin Emanuel Urquhart Oliver & Hedges, LLP | | | | 380.00 | 4.10 | 1,715.00 |
| A | Elbal, Kristin | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 300.00 | 10.60 | 3,180.00 |
| PP | Lackner, Maxine | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 2008 | 2008 | CA | 285.00 | 20.70 | 5,979.50 |
| LR | Fontaine, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 250.00 | 4.90 | 1,225.00 |

## California Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| LB  Fontaine, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | $ 350.00 | 1.40 | $    490.00 |
| PP  Hartz, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 47.60 | 10,711.50 |
| PP  Hartz, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PA  Hartkorn, Polina | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP  Gircevici, Michelle | McKenna Long & Aldridge LLP (CA) | | | | 215.00 | 60.40 | 12,986.00 |
| PP  Pearson, Sandra | Kirk, Tuchin, Bogdanoff & Stern LLP | | | | 215.00 | 52.40 | 11,266.00 |
| W  Pitman, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 59.75 | 11,651.25 |
| PP  Pitman, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 6.00 | 1,170.00 |
| PP  Kuusso, Rita | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| LS  Everhart, Christine | McKenna Long & Aldridge LLP (CA) | | | | 180.00 | 3.00 | 540.00 |
| LS  Stern, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 16.90 | 2,535.00 |
| PP  Rilck, John | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 0.80 | 120.00 |

by Ming-Pate