UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STONEBRAE, L.P.,

        Plaintiff,

    v.

TOLL BROS., INC., *et al.*,

        Defendants.
_____/

No. C-08-0221 EMC

**ORDER RE MARCH 16, 2011 MOTION HEARING**

The parties shall be prepared to discuss the following issues at the hearing on March 16, 2011:

1. In determining the reasonableness of an award of attorney's fees in a diversity action settled pursuant to Fed. R. Civ. P. 68, does federal or state law apply?

2. Can a claim, if found "unrelated," be deemed "unsuccessful" where there has been no adjudication of that claim (by way of dismissal, partial summary adjudication or verdict) but instead was resolved in settlement of the entire case?

3. May the Court, in exercising discretion to award prejudgment interest under Civil Code § 3287(b), set the interest rate?

IT IS SO ORDERED.

Dated: March 15, 2011

                                                      _____
                                                      EDWARD M. CHEN
                                                      United States Magistrate Judge