DONALD J. PUTTERMAN (SBN 90822)
235 Montgomery Street, 18th Floor
San Francisco, California 94104
Email: dputterman@djplit.com
Telephone: (415) 794-4473
Facsimile: (415) 954-4480

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Christopher J. McNamara (SBN 209205)
E-mail: cmcnamara@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

TIMOTHY J. HOBAN (SBN 192461)
Regional Counsel for Toll Bros., Inc.
E-mail: thoban@tollbrothersinc.com
725 Town & Country Road, Suite 500
Orange, California 92868
Telephone: (714) 347-1300
Facsimile: (714) 835-9683

Attorneys for Defendant and Counter-Claimant
TOLL BROS., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STONEBRAE L.P., a Delaware limited partnership,<br><br>                    Plaintiff,<br><br>    v.<br><br>TOLL BROS, INC., a Pennsylvania Corporation, TOLL BROTHERS, INC., a Delaware corporation, DOES 1 through 15, inclusive,<br><br>                    Defendants.<br><br>And Related Counterclaims. | Case No. 08-cv-00221 EMC<br><br>**STIPULATION REGARDING STONEBRAE L.P.'S BILL OF COSTS**<br><br>ORDER |

Stipulation Regarding Stonebrae L.P.'s Bill of Costs; Case No. 08-cv-00221 EMC

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

## STIPULATION

WHEREAS on April 21, 2011, Plaintiff Stonebrae L.P. ("Stonebrae") submitted its Bill of Costs seeking taxable costs totaling $33,559.56;

WHEREAS counsel for Defendant Toll Bros., Inc., ("Toll") and Stonebrae's counsel met and conferred regarding Toll's objections to certain items included in Stonbrae's Bill of Costs; and

WHEREAS, to resolve Toll's objections, the parties reached an agreement that Stonebrae's allowable costs shall be $28,258.06.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, that the total amount of Stonebrae's taxable costs shall be $28,258.06.

DATED: May 3, 2011          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                            By:   /s/ Christopher J. McNamara
                                  Christopher J. McNamara
                            Attorneys for Defendant and Counter-Claimant
                            TOLL BROS., INC.

DATED: May 3, 2010          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                            By:   /s/ Philip Atkins-Pattenson
                                  Philip Atkins-Pattenson
                            Attorneys for Plaintiff and Counter-Defendant
                            STONEBRAE L.P

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 5/5/11



Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111